Adrian M. Pruetz (Bar No. 118215)
ampruetz@pruetzlaw.com
Erica J. Pruetz (Bar No. 227712)
ejpruetz@pruetzlaw.com
Charles C. Koole (Bar No. 259997)
cckoole@pruetzlaw.com
PRUETZ LAW GROUP LLP
200 N. Sepulveda Blvd., Suite 1525
El Segundo, CA 90245
Telephone: (310) 765-7650
Facsimile: (310) 765-7641

Attorneys for Defendant and Counterclaim Plaintiff
EASYLINK SERVICES INTERNATIONAL CORPORATION

FILED

2011 JUL 14 PM 4:03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Advanced Messaging Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> EasyLink Services International Corporation, <br><br> Defendant. <br> EasyLink Services International Corporation, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> Advanced Messaging Technologies, Inc. <br><br> Counterclaim-Defendant. | Case No. 11-04239-DDP (AJWx) <br><br> **DEFENDANT EASYLINK SERVICES INTERNATIONAL CORPORATION'S COUNTERCLAIMS FOR DECLARATORY JUDGMENT** <br><br> **[DEMAND FOR JURY TRIAL]** |

In accordance with Rule 13 of the Federal Rules of Civil Procedure, and as and for its counterclaims against plaintiff and counterclaim-defendant ADVANCED MESSAGING TECHNOLOGIES, INC. ("AMT"), defendant and counterclaim-plaintiff EASYLINK SERVICES INTERNATIONAL CORPORATION ("EasyLink") states and alleges as follows:

## JURISDICTION AND VENUE

1. These counterclaims are brought under the provisions of the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. As reflected in the Complaint, AMT has accused EasyLink of infringing the '066 Patent. EasyLink has denied such accusations, and has asserted that the '066 Patent is not infringed and is invalid and/or unenforceable. Accordingly, there exists an actual, immediate, and justiciable controversy between the parties within the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1338.

2. This Court has personal jurisdiction over AMT because, among other reasons, AMT has voluntarily submitted to this Court's jurisdiction by filing the Complaint in this action.

3. Without waiving EasyLink's right to file a motion to transfer under 28 U.S.C. § 1404, this Court is the proper venue for this action under 28 U.S.C. § 1391 and because AMT has voluntarily submitted to this Court's jurisdiction by filing the Complaint in this action.

## NATURE OF THE ACTION

4. This is a counterclaim against Plaintiff/Counterclaim Defendant AMT for declaratory judgment of non-infringement by EasyLink, and invalidity and/or unenforceability, of U.S. Patent No. 6,350,066 ("the '066 Patent").

## PARTIES

5. Defendant and counterclaim-plaintiff EasyLink is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 6052 The Corners Parkway, Suit 100, Norcross, Georgia 30092.

6. Upon information and belief, based on the averments of AMT's Complaint, AMT is a corporation organized under the laws of the State of Delaware with its principal place of business at 6922 Hollywood Boulevard, Los Angeles, California 90028, and is a wholly-owned subsidiary of j2 Global Communications, Inc.

## COUNT ONE

### Declaratory Judgment of Non-Infringement

7. EasyLink is not infringing, contributing to the infringement of, or inducing the infringement of, and has not infringed, contributed to the infringement of, or induced the infringement of any valid claim of the '066 Patent, and is entitled to a declaration to that effect.

## COUNT TWO

### Declaratory Judgment of Invalidity

8. The claims of the '066 Patent are invalid for failing to comply with the Patent Laws of the United States, including without limitation the conditions and requirements for patentability set forth in one or more of 35 U.S.C. §§ 101, 102, 103, and 112, and EasyLink is entitled to a declaration to that effect.

## PRAYER FOR RELIEF

WHEREFORE, having asserted against AMT counterclaims, as set forth above, EasyLink respectfully prays that:

A. Judgment be entered in favor of EasyLink declaring that EasyLink has not infringed, directly, indirectly, or contributorily, literally or under the doctrine of equivalents, any valid claim of U.S. Patent No. 6,350,066;

DEFENDANT EASYLINK SERVICES INTERNATIONAL CORPORATION'S
COUNTERCLAIMS FOR DECLARATORY JUDGMENT

1  B.   Judgment be entered in favor of EasyLink declaring that the claims of
2  U.S. Patent No. 6,350,066 are invalid;

3  C.   EasyLink be awarded its costs and expenses, including attorneys' fees,
4  as permitted by applicable law; and

5  D.   EasyLink be awarded such other and further relief as the Court deems
6  just and proper.

## DEMAND FOR JURY TRIAL

EasyLink demands a trial by jury on all issues so triable as a matter of right and law.

Respectfully submitted, this 14th day of July, 2011.

*/s/ Adrian M. Pruetz*

Adrian M. Pruetz (Bar No. 118215)
ampruetz@pruetzlaw.com
Erica J. Pruetz (Bar No. 227712)
ejpruetz@pruetzlaw.com
Charles C. Koole (Bar No. 259997)
cckoole@pruetzlaw.com
PRUETZ LAW GROUP LLP
200 N. Sepulveda Blvd., Suite 1525
El Segundo, CA 90245
Telephone: (310) 765-7650
Facsimile: (310) 765-7641

Of Counsel:

Holmes J. Hawkins III (Ga. Bar No. 338681)
hhawkins@kslaw.com
Thomas C. Lundin Jr. (Ga. Bar No. 461141)
tlundin@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.

Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5134

*Attorneys for Defendant and Counterclaim-Plaintiff Easylink Services International Corporation*