O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADVANCED MESSAGING TECHNOLOGIES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 11-04239 DDP (AJWx)  **MEET AND CONFER ORDER RE: <u>MARKMAN</u> HEARING** |
| Plaintiff, | | |
| v. | | |
| EASYLINK SERVICES INTERNATIONAL CORPORATION, | | |
| Defendant. | | |

A <u>Markman</u> hearing in this case is scheduled for June 8, 2012. After the matter has been fully briefed and prior to the hearing, lead counsel shall meet and confer in person. Lead counsel shall discuss each and every claim construction at issue, and engage in a good faith effort to resolve any differences. In the court's experience, parties are often able to, and do in fact, resolve such differences at the <u>Markman</u> hearing. This Order is therefore

///

///

///

///

appropriate to avoid undue expenditure of judicial resources prior to the hearing, addressing issues not truly in dispute.

IT IS SO ORDERED.

Dated: February 7, 2012

DEAN D. PREGERSON
United States District Judge