Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.: (310) 712-6600
Fax: (310) 712-8800

Frank L. Bernstein (SBN 189504)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California  94304
Tel.: (650) 384-4700
Fax: (650) 384-4701

*Attorneys for j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED MESSAGING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EASYLINK SERVICES INTERNATIONAL CORPORATION, <br><br> Defendant. | Case No. CV 11-04239 DDP (AJWx) <br><br> **PLAINTIFFS j2 GLOBAL, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC.'S OPPOSITION TO APPLICATIONS TO APPEAR *PRO HAC VICE*** |

Plaintiffs Advanced Messaging Technologies, Inc. and j2 Global, Inc. (together, "j2") respectfully submit this Opposition to the applications filed by three Perkins Coie LLP ("Perkins Coie") attorneys to appear *pro hac vice* on behalf of Defendant EasyLink Services International Corporation ("EasyLink").[1]

Although *pro hac vice* applications by attorneys in good standing are normally approved as a matter of course, there are unusual circumstances here that warrant the Court deferring action on the Perkins Coie applications.  j2 intends to move on October 15 to disqualify Perkins Coie in this action and in the related case *j2 Global Communications, Inc., et al.* v. *Captaris, Inc., et al.*, No. 09-4150 DDP, because Perkins Coie consulted extensively with an attorney who previously, while an associate at Kenyon & Kenyon LLP, represented j2 in matters concerning the same patents at issue in this case, without notifying j2 or asking for or receiving a conflict waiver from j2.  j2 respectfully requests that the Court defer action on the *pro hac vice* applications pending the resolution of j2's motion to disqualify Perkins Coie.

---

[1] The attorneys are Manny J. Caixeiro (Dkt. No. 67), Matthew F. Carmody (Dkt. No. 68), and Steven M. Lubezny (Dkt. No. 69).

-1-

| | |
|---|---|
| Dated: October 11, 2012 | Respectfully submitted, |
| | /s/ Robert A. Sacks |
| | Robert A. Sacks (Cal. Bar No. 150146)<br>Brian R. England (Cal. Bar No. 211335)<br>Edward E. Johnson (Cal. Bar No. 241065)<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East, Suite 2100<br>Los Angeles, California 90067-1725<br>Tel.: (310) 712-6600<br>Fax: (310) 712-8800 |
| | Frank L. Bernstein (Cal. Bar No. 189504)<br>KENYON & KENYON LLP<br>1801 Page Mill Road, Suite 210<br>Palo Alto, California  94304<br>Tel.: (650) 384-4700<br>Fax: (650) 384-4701 |
| | *Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.* |