Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
Tel.:  (650) 384-4700
Fax:  (650) 384-4701

*Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED MESSAGING TECHNOLOGIES, INC. and j2 GLOBAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EASYLINK SERVICES INTERNATIONAL CORPORATION,<br><br>Defendant. | Case No. CV 11-4239 DDP (AJWx)<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFFS j2 GLOBAL, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC.'S *EX PARTE* APPLICATION TO CONTINUE MOTION FOR SANCTIONS AND MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIMS** |

SULLIVAN & CROMWELL LLP

MEMO. IN SUPP. OF PLAINTIFFS' EX PARTE APP. TO CONTINUE MOT. FOR SANCTIONS AND MOT. FOR LEAVE TO FILE AM. COUNTERCL.

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc. (together, "j2") respectfully seek *ex parte* relief to continue the hearing and briefing schedule for Defendant's Motion for Sanctions Due to Spoliation and Motion for Leave to File Amended Counterclaims pending resolution of j2's motion to disqualify Perkins Coie LLP ("Perkins Coie") from acting as counsel for Open Text Corporation and its wholly-owned subsidiary EasyLink Services International Corporation (collectively, "Open Text" or "Defendants") in this and two related cases.

j2 has moved to disqualify Perkins Coie based upon Open Text's undisclosed retention of one of j2's former lawyers to assist in Defendants' defense of these actions, and Perkins Coie's extensive work with that lawyer over a period of more than eight months. As explained in j2's disqualification motion,[1] Clyde Findley, the former Kenyon & Kenyon ("Kenyon") attorney who was retained to assist Perkins Coie in Open Text's defense of these actions, previously represented j2 while at Kenyon, billing 234 hours to litigation involving the very same patents at issue in these cases, and participating in legal analyses on j2's behalf of some of the very same issues being raised now by Open Text in these actions. Open Text's association of Mr. Findley only came to j2's attention recently, when he appeared with Perkins Coie on Open Text's behalf at a deposition of a witness whose potential testimony was the subject of an internal memorandum that Mr. Findley received when he was at Kenyon working on this matter for j2. During the intervening period between Mr. Findley's retention by Open Text and j2 becoming aware of it, Perkins Coie interacted extensively with Mr. Finley in ongoing meetings and calls concerning the litigation and litigation strategy. In these

---

[1] The factual background is set forth more fully in j2's Motion to Disqualify Perkins Coie LLP and to Compel Discovery (Dkt. No. 77). The Court has ordered a status conference on j2's motion on Wednesday, October 24 at 11:00 am.

-1-

SULLIVAN & CROMWELL LLP

MEMO. IN SUPP. OF PLAINTIFFS' EX PARTE APP. TO CONTINUE MOT. FOR SANCTIONS AND MOT. FOR LEAVE TO FILE AM. COUNTERCL.

circumstances, as explained in the disqualification motion, access to j2's confidential information to Perkins Coie is presumed and disqualification is mandatory. *See, e.g.*, *Flatt* v. *Superior Court*, 9 Cal. 4th 275, 283 (1994) (where an attorney accepts representation adverse to a former client in a matter substantially related to his or her prior representation of the former client, "disqualification of the attorney's representation of the second client is mandatory; indeed, the disqualification extends vicariously to the entire firm"); *Pound* v. *DeMera DeMera Cameron*, 135 Cal. App. 4th 70, 73 (2005) (extending the *Flatt* rule to lawyers who associate together on a matter but are not part of the same firm).

The hearing on j2's disqualification motion is set for November 19, 2012. Pending the Court's decision on the propriety of Perkins Coie's continued participation in these actions and whether additional relief is necessary to protect j2, j2 respectfully requests that the Court not adjudicate substantive issues that may have been affected by the taint of the conflict. Adjourning these two motions will cause little or no disruption or delay, and will protect j2 pending the Court's determination of what remedial action is appropriate given Open Text's retention of j2's former lawyer without its knowledge or consent. Such protection is particularly appropriate here given that one of Open Text's motions relates specifically to a request to amend its answer to add—after three years of litigation in these cases prior to Mr. Findley's involvement—allegations that involve issues that Mr. Findley was involved in while he was one of j2's lawyers, and the second Open Text motion seeks sanctions based upon supposed conduct by j2 that Open Text alleges (wrongly) occurred during the period that Mr. Findley was one of j2's lawyers. In its discretion, the Court should not consider these or any other substantive issues until the Court determines whether Perkins Coie should be disqualified and whether other remedial measures are appropriate due to Open Text's decision to hire j2's former lawyer.

SULLIVAN & CROMWELL LLP

MEMO. IN SUPP. OF PLAINTIFFS' EX PARTE APP. TO CONTINUE MOT. FOR SANCTIONS AND MOT. FOR LEAVE TO FILE AM. COUNTERCL.

**Notice.** j2 gave notice of this Application on October 19, 2012, and understands that EasyLink opposes the application. Pursuant to Local Rule 7-19, the contact information of Defendant's counsel is:

> Grant E. Kinsel (Bar No. 172407)
> GKinsel@perkinscoie.com
> PERKINS COIE LLP
> 1888 Century Park East, Suite 1700
> Los Angeles, CA 90067
> Telephone: (310) 788-9900
>
> Timothy J. Carroll
> tcarroll@perkinscoie.com
> PERKINS COIE LLP
> 131 S. Dearborn Avenue, Suite 1700
> Chicago, IL 60603
> Telephone: (312) 324-8400

Date: October 23, 2012

Respectfully submitted,

/s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:   (310) 712-6600
Fax:    (310) 712-8800

Frank L. Bernstein (SBN 189504)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
Tel.:   (650) 384-4688
Fax:    (650) 384-4701

*Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

-3-

SULLIVAN & CROMWELL LLP

MEMO. IN SUPP. OF PLAINTIFFS' EX PARTE APP. TO CONTINUE MOT. FOR SANCTIONS AND MOT. FOR LEAVE TO FILE AM. COUNTERCL.