| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
| | sacksr@sullcrom.com |
| 2 | Brian R. England (SBN 211335) |
| | englandb@sullcrom.com |
| 3 | Edward E. Johnson (SBN 241065) |
| | johnsonee@sullcrom.com |
| 4 | SULLIVAN & CROMWELL LLP |
| | 1888 Century Park East, Suite 2100 |
| 5 | Los Angeles, California 90067-1725 |
| | Tel.:  (310) 712-6600 |
| 6 | Fax:  (310) 712-8800 |
| 7 | Frank L. Bernstein (SBN 189504) |
| | fbernstein@kenyon.com |
| 8 | KENYON & KENYON LLP |
| | 1801 Page Mill Road, Suite 210 |
| 9 | Palo Alto, California 94304-1216 |
| | Tel.:  (650) 384-4700 |
| 10 | Fax:  (650) 384-4701 |

*Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MESSAGING TECHNOLOGIES, INC. and j2 GLOBAL, INC., | Case No. CV 11-4239 DDP (AJWx) |
| Plaintiffs, | **DECLARATION OF JEFFREY D. ADELMAN IN SUPPORT OF PLAINTIFFS j2 GLOBAL, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR SPOLIATION SANCTIONS AGAINST j2** |
| v. | |
| EASYLINK SERVICES INTERNATIONAL CORPORATION, | |
| Defendant. | Date: November 19, 2012 |
| | Time: 10:00 a.m. |
| | Courtroom: 3 |
| | Honorable Dean D. Pregerson |

# DECLARATION OF JEFFREY D. ADELMAN

I, Jeffrey D. Adelman, declare as follows:

1. I am Vice President, General Counsel and Secretary of j2 Global, Inc. ("j2"), the Plaintiff in this action. I am an attorney admitted to the Bar of the State of California. I submit this Declaration in opposition to Defendant EasyLink Services International Corporation's Motion for Spoliation Sanctions Against j2. I have personal knowledge of the facts set forth herein, and, if called to testify, could and would testify competently thereto.

2. I joined j2 in 2000 as General Counsel and I have been j2's General Counsel continuously since then.

3. In 2004, j2 began enforcing U.S. Patent Nos. 6,208,638 and 6,597,688, two of the patents at issue in this litigation, by bringing patent infringement cases against Venali, Inc. and CallWave, Inc. In connection with the commencement of those lawsuits, I issued a litigation hold notice instructing employees not to destroy documents that could be relevant to the lawsuit. Although the cases against Venali and CallWave have been resolved, the litigation hold has been in place continuously since 2004 because j2 brought subsequent lawsuits, including in 2006 when I understand EasyLink contends j2 destroyed source code.

4. To the best of my knowledge, j2's employees have complied with the litigation hold and no relevant source code has been destroyed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of October, 2012 at Los Angeles, California.

_____
Jeffrey D. Adelman