# Exhibit A

RESTRICTED CONFIDENTIAL
ANAND NARASIMHAN - 2-22-2012

Page 1

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-------------------------------------------x
J2 GLOBAL COMMUNICATIONS,
INC.,
              Plaintiff,

v.
                   Case No. 09-04189 DDP (AJWx)

EASYLINK SERVICES INTERNATIONAL
CORPORATION,
              Defendants.
-------------------------------------------x

-------------------------------------------x
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-------------------------------------------x
J2 GLOBAL COMMUNICATIONS,
INC., and ADVANCED MESSAGING
TECHNOLOGIES, INC.,

              Plaintiffs,

v.
                   Case No. 09-04150 DDP (AJWx)

CAPTARIS, INC., and OPEN
TEXT CORPORATION,

              Defendants.
-------------------------------------------x
          *** RESTRICTED CONFIDENTIAL ***
```

     Videotaped DEPOSITION of ANAND NARASIMHAN,

held at the offices of Sullivan & Cromwell,

LLP, 125 Broad Street, New York, New York

10019, on the 22nd day of February 2012,

commencing at 9:13 a.m., before Colette

Cantoni, a Registered Professional Reporter

and Notary Public of the State of New York.

Merrill Corporation - Atlanta
404-351-3070
www.merrillcorp.com/law
Exhibit A, Page 3
1a4b8801-71fa-437a-b220-a1fac4e942bd

RESTRICTED CONFIDENTIAL
ANAND NARASIMHAN - 2-22-2012

Page 2

1   A P P E A R A N C E S:
2
3           KENYON & KENYON LLP
                Attorneys for Plaintiff j2 Global
                Communications and the witness in
4               Case number CV 09-04189 DDP (AJWx)
                1801 Page Mill Road, Suite 210
5               Palo Alto, California 94304-1216
6       BY:     FRANK L. BERNSTEIN, ESQ.
                (fbernstein@kenyon.com)
7
                    -and-
8
            SULLIVAN & CROMWELL LLP
9               1888 Century Park East
                Los Angeles, California 90067-1725
10
        BY:     BRIAN R. ENGLAND, ESQ.
11              (englandb@sullcrom.com)
12
            PERKINS COIE LLP
13              Attorneys for Defendants Captaris,
                Inc., and Open Text Corporation in
14              Case Number CV 09-04150 DDP (AJWx)
                131 S. Dearborn Street, Suite 1700
15              Chicago, Illinois 60603-5559
16      BY:     MATTHEW F. CARMODY, ESQ.
                (MCarmody@perkinscoie.com)
17
18          KING & SPALDING LLP
                Attorneys for Defendant
19              EasyLink Services International
                Corporation in Case Number CV
20              09-04189 DDP (AJWx)
                1180 Peachtree Street, N.E.
21              Atlanta, Georgia 30309-3521
22      BY:     THOMAS C. LUNDIN, JR., ESQ.
                (tlundin@kslaw.com)
23
24      ALSO PRESENT:
25          JOHN MARTUCCI, Videographer

Merrill Corporation - Atlanta        Exhibit A, Page 4
404-351-3070                         www.merrillcorp.com/law

1a4b8801-71fa-437a-b220-a1fac4e942bd

RESTRICTED CONFIDENTIAL
ANAND NARASIMHAN - 2-22-2012

Page 3

| Time | # | |
|---|---|---|
| 09:10:01 | 1 | THE VIDEOGRAPHER: This is the |
| 09:10:04 | 2 | video operator speaking, John Martucci of |
| 09:10:08 | 3 | Merrill Legal Solutions, 225 Varick Street, |
| 09:10:11 | 4 | New York, New York 10014. |
| 09:10:14 | 5 | Today is Wednesday, February 22, |
| 09:10:18 | 6 | 2012, and the time is approximately 9:13 |
| 09:10:23 | 7 | a.m. We are at the offices of Sullivan & |
| 09:10:31 | 8 | Cromwell, located at 125 Broad Street, New |
| 09:10:36 | 9 | York City, to take the deposition of Anand |
| 09:10:42 | 10 | Narasimhan -- is that good -- in the Matter |
| 09:10:48 | 11 | of j2 Global Communications, Inc., versus |
| 09:10:51 | 12 | EasyLink Services International Corporation, |
| 09:11:01 | 13 | Case Number 09-4189 DDP, versus j2 Global |
| 09:11:06 | 14 | Communications, Inc., versus Captaris, Inc., |
| 09:11:12 | 15 | Open Text Corporation, Case Number 09-4150 |
| 09:11:18 | 16 | DDP, in the United States District Court of |
| 09:11:21 | 17 | Central District of California. |
| 09:11:22 | 18 | Will counsel please introduce |
| 09:11:24 | 19 | themselves for the record. |
| 09:11:25 | 20 | MR. BERNSTEIN: Frank Bernstein |
| 09:11:28 | 21 | from Kenyon & Kenyon, representing j2 Global |
| 09:11:31 | 22 | and the witness in the EasyLink matter, the |
| 09:11:37 | 23 | 09-4189, and representing j2 Global and |
| 09:11:39 | 24 | Advanced Messaging Technologies and the |
| | 25 | witness, in the Captaris and Open Text, Case |

RESTRICTED CONFIDENTIAL
ANAND NARASIMHAN - 2-22-2012

Page 4

```
09:11:44   1    09-4150.
09:11:45   2            With me is my colleague, Brian
09:11:49   3    England from Sullivan & Cromwell.
09:11:51   4            MR. LUNDIN:  Tom Lundin with King
09:11:55   5    & Spalding, representing defendant EasyLink
09:11:56   6    Services International Corporation in the j2
09:11:59   7    versus EasyLink matter.
09:12:00   8            MR. CARMODY:  And Matt Carmody
09:12:03   9    from Perkins Coie, representing Captaris and
09:12:09  10    Open Text Corporation, in the 09-4150
09:12:09  11    matter.
09:12:10  12            THE VIDEOGRAPHER:  Is that it?
09:12:11  13            Will the court reporter please
09:12:11  14    swear in the witness.
09:12:11  15    A N A N D   N A R A S I M H A N,
09:12:11  16       having been first duly sworn, was
09:12:11  17       examined and testified as follows:
09:12:22  18    EXAMINATION
09:12:22  19    BY MR. LUNDIN:
09:12:26  20       Q   Good morning, Mr. Narasimhan, my
09:12:28  21    name is Tom Lundin.  Would you please for
09:12:31  22    the record state your full name and address.
09:12:34  23       A   Anand Narasimhan, and my home
09:12:37  24    address is 17 Mitzbor in Pardes Hanna,
          25    Israel.
```

RESTRICTED CONFIDENTIAL
ANAND NARASIMHAN - 2-22-2012

Page 66

```
10:44:18   1          Q   Do you have any basis to believe
10:44:20   2    that he did?
10:44:21   3          A   No.
10:44:23   4          Q   Do you believe that Mr. Rieley
10:44:26   5    wrote any code for the inbound service?
10:44:28   6              MR. BERNSTEIN:  Same objection.
10:44:29   7          A   No.
10:44:31   8          Q   That was a no?
10:44:32   9          A   Yeah, you asked me if I believed
10:44:33  10    he wrote, and I said no.
10:44:39  11          Q   Okay.  Do you know of anyone else
10:44:44  12    other than Mr. James who may have some of
10:44:45  13    the code for the inbound service?
10:44:46  14          A   I don't know the answer to that
10:44:47  15    question.
10:44:50  16          Q   You said you worked with some of
10:44:54  17    the code that Mr. James wrote when you were
10:44:56  18    working on the inbound service.
10:44:56  19          A   Right.
10:44:58  20          Q   What did you mean by that?  Worked
10:45:01  21    with that code in what capacity?
10:45:03  22          A   To look at it, to review it, to
10:45:15  23    modify it, to improve it.
10:45:18  24          Q   When you began at JFAX in 1996,
          25    where was the code for the inbound service
```

RESTRICTED CONFIDENTIAL
ANAND NARASIMHAN - 2-22-2012

Page 67

| | | |
|---|---|---|
| 10:45:24 | 1 | stored? |
| 10:45:26 | 2 | A   On -- on a server in the office |
| 10:45:28 | 3 | that I worked with. |
| 10:45:34 | 4 | Q   Did that server have a name? |
| 10:45:36 | 5 | A   It did, but I don't remember its |
| 10:45:39 | 6 | name. |
| 10:45:40 | 7 | Q   You said the office that you |
| 10:45:43 | 8 | worked in.  Where was that office located? |
| 10:45:45 | 9 | A   In Manhattan. |
| 10:45:48 | 10 | Q   Did there come a time when the |
| 10:45:51 | 11 | office from which you worked moved to |
| 10:45:52 | 12 | California? |
| 10:45:52 | 13 | A   Yes. |
| 10:45:54 | 14 | Q   When did that move occur? |
| 10:46:06 | 15 | A   In 1997. |
| 10:46:10 | 16 | Q   Did you have the occasion to |
| 10:46:13 | 17 | review the code for the inbound system after |
| 10:46:15 | 18 | the move in 1997 at any point? |
| 10:46:21 | 19 | MR. BERNSTEIN:  Objection to form. |
| 10:46:21 | 20 | A   Yes. |
| 10:46:23 | 21 | Q   And when you did that, where was |
| 10:46:27 | 22 | the -- where was the code for the inbound |
| 10:46:32 | 23 | service located after 1997? |
| 10:46:32 | 24 | A   After 1997? |
| | 25 | Q   Yes. |

RESTRICTED CONFIDENTIAL
ANAND NARASIMHAN - 2-22-2012

Page 68

```
10:46:41   1            A    After 1997, some of that code was
10:46:44   2     worked on by several people, so I couldn't
10:46:48   3     tell you that it was in one location.
10:46:52   4            Q    Was there a -- well, do you know
10:46:58   5     whether there was a single location where j2
10:47:03   6     archived its code after 1997?
10:47:04   7            A    Yes.
10:47:06   8            Q    And where was that location?
10:47:09   9            A    We used one of the servers as a
10:47:14  10     source control, in California.
10:47:17  11            Q    Where was that server located,
10:47:17  12     physically?
10:47:22  13            A    In our office.
10:47:25  14            Q    Did that server have a name?
10:47:27  15            A    It did.  I don't know it -- I
10:47:41  16     don't recall its name, but.
10:47:44  17            Q    Was that same server used as
10:47:47  18     source control throughout your employment at
10:47:51  19     j2?  I'm sorry.  Let me strike that.
10:47:53  20                 After the move to California in
10:47:58  21     1997, was the same server used as source
10:47:59  22     control?
10:47:59  23            A    Until?
10:48:06  24            Q    Until you left j2.
          25            A    I don't think so.
```

RESTRICTED CONFIDENTIAL
ANAND NARASIMHAN - 2-22-2012

Page 69

```
10:48:17   1         Q   What was the -- what was the
10:48:18   2    change from that one server used as source
10:48:19   3    control?
10:48:25   4              MR. BERNSTEIN:  Objection to form.
10:48:26   5         A   I have a recollection that we
10:48:30   6    might have upgraded servers, so it ought to
10:48:32   7    be the same machine, I don't remember.  But
10:48:38   8    I know we changed source control systems,
10:48:38   9    so.
10:48:40  10         Q   What was the source control system
10:48:42  11    that was used initially when you were hired
10:48:44  12    in 1996?
10:48:45  13              MR. BERNSTEIN:  Objection to form,
10:48:50  14    misstates the witness' testimony.
10:48:52  15         A   When I first joined JFAX, we
10:48:57  16    simply used the servers file, filing system
10:49:01  17    as source control, numbered folders, things
10:49:05  18    like that.  We continued that practice into
10:49:12  19    some part of '97 when we installed a better
10:49:13  20    version control system.
10:49:15  21         Q   And did that version control
10:49:18  22    system that was installed in '97 have a
10:49:20  23    name?
10:49:22  24         A   I know it did, but I don't recall
          25    what we used.
```

RESTRICTED CONFIDENTIAL
ANAND NARASIMHAN - 2-22-2012

Page 70

```
10:49:26   1        Q   Okay.  And you testified a moment
10:49:28   2   ago that you think you may have changed
10:49:33   3   source control systems.  Do you know what it
10:49:34   4   was changed to?
10:49:35   5        A   No, I don't.
10:49:36   6        Q   Do you know when that change
10:49:37   7   occurred?
10:49:39   8        A   No.
10:49:41   9        Q   After the change in source control
10:49:47  10   systems, do you believe that j2 or JFAX
10:49:50  11   still archived its source control in
10:49:50  12   California?
10:49:51  13            MR. BERNSTEIN:  Objection to form,
10:49:57  14   calls for speculation.
10:49:58  15        A   I know we archived it in
10:50:01  16   California.  But your question was two-part.
10:50:04  17   You asked if we kept the old stuff as well;
10:50:05  18   is that right?
10:50:07  19        Q   Well, I don't think that was my
10:50:08  20   question but let's --
10:50:08  21        A   Okay.  You asked --
10:50:13  22        Q   -- let's take it that way.
10:50:15  23            After you changed source control
10:50:19  24   systems, did j2 continue to maintain its
          25   source code on a server in the California
```

RESTRICTED CONFIDENTIAL
ANAND NARASIMHAN - 2-22-2012

Page 71

```
10:50:23   1    office?
10:50:25   2            MR. BERNSTEIN:  Objection to form.
10:50:29   3       A    Yes.
10:50:32   4       Q    And did it maintain what you just
10:50:34   5    referred to as the old stuff, the historical
10:50:36   6    source code?
10:50:44   7       A    Generally speaking, yes.
10:50:45   8       Q    Do you know of a circumstance
10:50:46   9    where -- strike that.
10:50:48  10            What do you mean by generally
10:50:51  11    speaking?  Are you aware of a particular
10:50:53  12    circumstance where that did not occur?
10:50:56  13       A    By that time, there wasn't one
10:50:59  14    individual using the code, so I can't tell
10:51:03  15    you if every piece of code was in version
10:51:08  16    control or not.  Hence, I use the term
10:51:31  17    "generally speaking."
10:51:33  18       Q    You testified a few moments ago
10:51:37  19    that in addition to reviewing the code for
10:51:43  20    the inbound system that Mr. James created,
10:51:47  21    that you also modified and improved it.
10:51:51  22    What did you mean by -- can you give me,
10:51:53  23    explain -- strike that.
10:51:54  24            Explain what you mean when you
          25    testified that you modified or improved the
```

RESTRICTED CONFIDENTIAL
ANAND NARASIMHAN - 2-22-2012

Page 72

```
10:52:00   1    code that Mr. James wrote?
10:52:02   2             MR. BERNSTEIN:  Objection to form.
10:52:07   3         A   As it happens with software, there
10:52:13   4    are different ways of writing software.  And
10:52:15   5    software is also prone to bugs and issues
10:52:16   6    and problems.
10:52:17   7             So in the course of working on
10:52:23   8    modifying and improving Greg's code, I made
10:52:27   9    a lot of improvements to either eliminate
10:52:31  10    the bugs or write the code in more efficient
10:52:34  11    ways or make it, you know, generally more
10:52:46  12    usable.
10:52:47  13         Q   What bugs did you eliminate?
10:52:49  14         A   I couldn't begin to tell you which
10:52:53  15    bugs I eliminated.  There are lots of bugs
10:53:01  16    in software.
10:53:03  17         Q   In what ways did you make the code
10:53:08  18    more usable?
10:53:10  19         A   Again, there's several aspects to
10:53:13  20    making code more usable, in terms of writing
10:53:17  21    it so it runs more efficiently and it takes
10:53:20  22    lesser time and uses resources on the server
10:53:25  23    in a better way.  There are several aspects
10:53:29  24    to it.
          25         Q   Well, did you, in fact, modify the
```

Page 105

```
11:40:39   1    product altogether.
11:40:41   2         Q   So what was that product?
11:40:44   3         A   We had acquired a conferencing
11:40:46   4    platform from another company, and the
11:40:48   5    switch was one of the assets that came with
11:40:49   6    it.
11:40:49   7         Q   What was the company that you
11:40:54   8    acquired the conferencing platform from?
11:40:57   9         A   Can't remember the name anymore.
11:41:00  10    It would have been in the '98/'99 time
11:41:01  11    frame.
11:41:03  12         Q   Did the conferencing platform
11:41:06  13    itself have a name?
11:41:07  14         A   I can't remember, because the name
11:41:09  15    of that platform and the name of the company
11:41:10  16    are related --
11:41:11  17         Q   Okay.
11:41:14  18         A   -- but I don't recall what.
11:41:15  19         Q   You said the end of your time --
11:41:19  20    this was towards the end of your time at j2.
11:41:20  21             When did you actually leave j2?
11:41:27  22         A   Early 2000.
11:41:31  23         Q   Did you -- did you resign or were
11:41:32  24    you fired or let go?
          25         A   I resigned.
```

```
 1              A C K N O W L E D G M E N T
 2
        STATE OF NEW YORK:
 3      COUNTY OF NEW YORK:
 4          I, ANAND NARASIMHAN, hereby certify that
 5      I have read the transcript of my testimony
 6      taken under oath on the 22nd day of February
 7      2012, that the transcript is a true, complete
 8      and correct record of what was asked,
 9      answered, and said during the deposition, and
10      that the answers on the record as given by me
11      are true and correct.
12
13                          _____
14
15                          ANAND NARASIMHAN
16
17      Signed and subscribed to before me
18      this 18th day of April 2012.
19
20
21      Notary Public
```

Page 345

1          C E R T I F I C A T E
2
    STATE OF NEW YORK    )
3                        : ss.:
    COUNTY OF NEW YORK   )
4              I, COLETTE CANTONI, a Registered
5     Professional Reporter and a Notary Public
6     within and for the State of New York, do
7     hereby certify that the foregoing deposition
8     of ANAND NARASIMHAN was taken before me on the
9     22nd day of February 2012.
10              That the said witness was duly
11    sworn before the commencement of his
12    testimony; that the said testimony was taken
13    stenographically by me and then transcribed.
14              I am not related by blood or
15    marriage to any of the said parties nor
16    interested directly or indirectly in the
17    matter in controversy; nor am I in the employ
18    of any of the counsel.
19              IN WITNESS WHEREOF, I have hereunto
20    set my hand this 1st day of March 2012.
21
22
23                    _____
24                              COLETTE CANTONI
25

RESTRICTED CONFIDENTIAL
ANAND NARASIMHAN - 2/22/2012

Page 346

```
 1                    E R R A T A   S H E E T
 2
            INSTRUCTIONS: After reading the
 3     transcript of testimony, please note any
       change, addition or deletion on this sheet.
 4     DO NOT make any marks or
       notations on the transcript itself.
 5            Please sign and date this errata sheet,
       and you may return it for signature by any
 6     Notary Public.

 7     PAGE LINE

 8      4   24      CHANGE:  MITZPOR St.
 9                  REASON:  Mis-spelt.
10     85   13      CHANGE:  is a feature
11                  REASON:  I did not say "important"
12    261   14      CHANGE:  about FaxSav
13                  REASON:
14     ___  ___     CHANGE:
15                  REASON:
16     ___  ___     CHANGE:
17                  REASON:
18     ___  ___     CHANGE:
19                  REASON:
20     ___  ___     CHANGE:
21                  REASON:
22     ___  ___     CHANGE:
23                  REASON:
24     Date and              [signature] 18 April 2012
25     signature:
```

Merrill Corporation - Atlanta
404-351-3070                       www.merrillcorp.com/law

Exhibit A, Page 17