Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:   (310) 712-6600
Fax:   (310) 712-8800

Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
Tel.:   (650) 384-4700
Fax:   (650) 384-4701

*Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MESSAGING TECHNOLOGIES INC. and j2 GLOBAL COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EASYLINK INTERNATIONAL SERVICES CORPORATION, <br><br> Defendant. | Case No. CV 11-4239 DDP (AJWx) <br><br> **PLAINTIFFS j2 GLOBAL, INC. AND ADVANCED MESSAGING TECHNOLOGIES INC.'S OBJECTIONS TO DECLARATIONS OF MANNY CAIXEIRO, STEVEN LUBEZNY, TIMOTHY CARROLL, MATTHEW CARMODY, AND DAVID PALMER** <br><br> Judge:  Hon. Dean D. Pregerson <br> Courtroom:  3 <br> Date:  November 19, 2012 <br> Time:  10:00 a.m. <br><br> Fact Discovery Cutoff:  Dec. 21, 2012 <br> Pretrial Conference:  Aug. 26, 2013 <br> Trial Date:  Sep. 17, 2013 |

Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc. (collectively, "j2") hereby object to, and move to strike, the October 29, 2012 Declarations of Manny Caixeiro, Steven Lubezny, Timothy Carroll, Matthew Carmody, and David Palmer in Support of Defendant's Opposition to j2's Motion to Disqualify Perkins Coie and Compel Discovery (collectively, "Perkins Coie Declarations").

## ARGUMENT

The Perkins Coie Declarations should be disregarded, excluded or stricken. First, at the October 24, 2012 conference concerning j2's Motion to Disqualify Perkins Coie LLP and to Compel Discovery, after j2's counsel accurately predicted that Perkins Coie would submit unverifiable, self-serving attorney declarations with its Opposition and that j2 would not have any opportunity to cross-examine those declarants, the Court instructed Perkins Coie that it was not "interested in additional declarations." (Declaration of Edward E. Johnson ("Johnson Decl."), Ex. 1, Tr. of 10/24/12 Conference at 60-61.) In direct contravention of the Court's instructions, Perkins Coie nevertheless submitted such declarations, each of which, as predicted, declares in boilerplate language that Mr. Findley did not relay confidential information regarding j2 to the declarant. *See, e.g.*, Declaration of Manny J. Caixeiro ¶¶ 3-5 (Dkt. No. 98).

Second, the Perkins Coie Declarations are irrelevant and therefore inadmissible. Fed. R. Evid. 402. Under governing California law, lawyers who associate with a conflicted lawyer, as Perkins Coie did here, are presumed to have received material, confidential information. *Flatt* v. *Super. Ct.*, 9 Cal. 4th 275 (1994); *Pound* v. *DeMera DeMera Cameron*, 135 Cal. App. 4th 70, 73 (2005). Therefore Perkins Coie's self-serving claims about the substance of the communications are irrelevant.

Third, these declarations are improper because j2 cannot inquire into the specifics of the declarants' communications with Mr. Findley, which are

-1-

privileged. Perkins Coie and Open Text Corporation ("Open Text") should not be permitted to selectively waive the privilege to provide information about its privileged communications that it believes is helpful to its opposition, while shielding all other aspects of the communications behind the attorney-client privilege. *See Chevron Corp.* v. *Pennzoil Co.*, 974 F.2d 1156, 1162-63 (9th Cir. 1992). If the Court intends to consider the declarations, it should order that Open Text has waived the privilege over each and every communication that any Open Text internal or outside attorney has had with Mr. Findley or any other Crowell & Moring attorneys, and continue the hearing on this motion for a reasonable period to permit j2 to take expedited discovery into those communications and to submit further briefing in support of the motion.

/ / /

/ / /

## **CONCLUSION**

For the foregoing reasons, j2 respectfully requests that the Court disregard, exclude or strike the Declarations of Manny Caixeiro, Steven Lubezny, Timothy Carroll, Matthew Carmody, and David Palmer in Support of Defendant's Opposition to j2's Motion to Disqualify Perkins Coie and Compel Discovery.

Dated: November 5, 2012          Respectfully submitted,

/s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile

Frank L. Bernstein (SBN 189504)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
(650) 384-4700
(650) 384-4701 facsimile

*Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc.*