Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:   (310) 712-6600
Fax:   (310) 712-8800

Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
Tel.:   (650) 384-4700
Fax:   (650) 384-4701

*Attorneys for Plaintiffs j2 Global, Inc.
and Advanced Messaging Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MESSAGING TECHNOLOGIES, INC. AND j2 GLOBAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EASYLINK SERVICES INTERNATIONAL CONRPORATION,<br><br>Defendant. | Case No. CV 11-4239 DDP (AJWx)<br><br>**DECLARATION OF EDWARD E. JOHNSON IN SUPPORT OF j2 GLOBAL, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC.'S REPLY IN SUPPORT OF MOTION TO DISQUALIFY PERKINS COIE LLP AND TO COMPEL DISCOVERY**<br><br>Judge:   Hon. Dean D. Pregerson<br>Courtroom: 3<br>Hearing:   November 19, 2012<br>Time:   10:00 a.m.<br><br>Fact Discovery Cutoff:   Dec. 21, 2012<br>Pretrial Conference:   Aug. 26, 2013<br>Trial Date:   Sept. 17, 2013 |

# DECLARATION OF EDWARD E. JOHNSON

I, Edward E. Johnson, declare as follows:

1.  I am an attorney admitted to the Bar of the State of California and to the Bar of this Court. I am an Associate at the law firm of Sullivan & Cromwell LLP ("Sullivan & Cromwell"), counsel to Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc. (collectively, "j2") in this action. I submit this Declaration in support of j2's Motion to Disqualify Perkins Coie LLP and to Compel Discovery. I have knowledge of the facts contained in this declaration, and if called and sworn as a witness, I could and would testify competently hereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the October 24, 2012 status conference before this Court.

3.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the August 15, 2010 *Markman* hearing.

4.  Attached hereto as Exhibit 3 is a true and correct copy of Defendant Venali, Inc.'s Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,208,638, dated December 17, 2004, filed in *j2 Global Communications, Inc.* v. *Venali, Inc.*, Case No. 04-1172 DDP (C.D. Cal.).

5.  Attached hereto as Exhibit 4 is a true and correct copy of excerpts of Defendants Captaris, Inc. and Open Text Corporation's First Supplemental Invalidity Contentions, served in this case and dated October 23, 2012.

6.  Attached hereto as Exhibit 5 is a true and correct copy of Defendant Venali, Inc.'s First Set of Requests for Admission to Plaintiff j2 Global Communications, Inc. Nos. 1-34, dated August 25, 2004.

7.  Attached hereto as Exhibits 6-7 are true and correct copies of the briefs filed in support of and in opposition to Plaintiff Richard Canatella's

-1-

Motion to Disqualify the Office of General Counsel of the State Bar of California, in Case No. CV 11-5535 WHA (Northern District of California).

8. Attached hereto as Exhibits 8-11 are true and correct copies of the briefs filed in support of and in opposition to Plaintiff Oracle America, Inc.'s Motion to Disqualify Defendant Innovative Technology Distributors LLC's Counsel, in Case No. CV 11-1043 LHK (Northern District of California).

9. Attached hereto as Exhibit 12 is a true and correct copy of Cal. Bar Ethics Op. 1998-152.

10. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the July 27, 2012 deposition transcript of David J. Farber.

11. Attached hereto as Exhibit 14 is a true and correct copy of the biography of Clyde Findley on the website of Crowell & Moring LLP.

12. Attached hereto as Exhibit 15 is a true and correct copy of Defendant Captaris, Inc.'s Invalidity Contentions (excluding exhibits, which are claim charts showing prior art references), dated December 14, 2009.

13. Attached hereto as Exhibit 16 is a page that I printed from Perkins Coie's website showing Douglas Parker of Open Text Corp. as a presenter at an ethics seminar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of November, 2012 at Los Angeles, California.

_____
Edward E. Johnson