# Exhibit 2

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                         WESTERN DIVISION

 4                              - - -

 5     HONORABLE DEAN D. PREGERSON, DISTRICT JUDGE PRESIDING

 6

 7   j2 GLOBAL COMMUNICATIONS,      )
     INC., ET AL.,                  )
 8                                  )
          Plaintiffs,               )
 9                                  )
                                    ) No. CV 05-05610-DDP
10                                  ) No. CV 09-04189-DDP
         vs.                        ) No. CV 09-04150-DDP
11                                  ) No. CV 09-03240-DDP
                                    )
12                                  )
     PROTUS IP SOLUTIONS, INC.,     )
13   ET AL.,                        )
                                    )
14        Defendants.
     _____
15

16
                REPORTER'S TRANSCRIPT OF PROCEEDINGS
17
                         *MARKMAN HEARING*
18
                      LOS ANGELES, CALIFORNIA
19
                     FRIDAY, OCTOBER 15, 2010
20
     _____
21

22              MARIA R. BUSTILLOS
             OFFICIAL COURT REPORTER
23                C.S.R. 12254
           UNITED STATES COURTHOUSE
24          312 NORTH SPRING STREET
                   ROOM 404
25       LOS ANGELES, CALIFORNIA 90012
                (213) 894-2739
```

```
 1                  A P P E A R A N C E S

 2

 3

 4       ON BEHALF OF THE PLAINTIFFS,
         j2 GLOBAL COMMUNICATIONS,           SULLIVAN & CROMWELL, LLP
 5       INC., ET AL.:                       BY:   ROBERT A. SACKS
                                                   EDWARD E. JOHNSON
 6                                                 BRIAN R. ENGLAND
                                             1888 CENTURY PARK EAST
 7                                           SUITE 2100
                                             LOS ANGELES, CALIFORNIA 90067-172
 8                                           (310) 712-6600
                                             SACKSR@SULLCROM.COM
 9

10                                           KENYON & KENYON
                                             BY:   FRANK L. BERNSTEIN
11                                           333 W. SAN CARLOS STREET
                                             SUITE 600
12                                           SAN JOSE, CALIFORNIA 95110
                                             (408) 975-7500
13                                           FBERNSTEIN@KENYON

14

15       ON BEHALF OF THE DEFENDANTS,
         PROTUS IP SOLUTIONS, INC.:          LOEB & LOEB, LLP
16                                           BY:   MATTHEW F. CARMODY
                                                   STEVEN M. LUBEZNY
17                                           321 NORTH CLARK STREET
                                             SUITE 2300
18                                           CHICAGO, ILLINOIS 60654
                                             (312) 454-3171
19                                           MCARMODY@LOEB.COM

20
                                             KING & SPALDING, LLP
21                                           BY:   HOLMES HAWKINS, III
                                                   STEVEN SPALDING
22                                           1180 PEACHTREE STREET NE
                                             SUITE 2020
23                                           ATLANTA, GEORGIA 30004
                                             (404) 572-4600
24                                           HHAWKINS@KSLAW.COM

25
```

```
 1            LOS ANGELES, CALIFORNIA; FRIDAY, OCTOBER 15, 2010
 2                              -o0o-
 3                    (COURT IN SESSION AT 9:17 A.M.)
 4            THE CLERK:  Calling items 1 through 4, In re j2
 5    Global.
 6            THE COURT:  Let's just do this quickly.  You can
 7    just stay where you are and we'll go through it, and we can
 8    work from the bench as well.
 9            MR. SACKS:  Very well, Your Honor.
10            THE COURT:  Thank you.
11            MR. SACKS:  Robert Sacks from Sullivan & Cromwell;
12    Frank Bernstein from Kenyon & Kenyon; Edward Johnson from
13    Sullivan & Cromwell; and Brian England from Sullivan &
14    Cromwell for the plaintiffs in all four cases.
15            THE COURT:  Good morning.
16            MR. SNYDER:  Good morning, Your Honor.
17    Holmes Hawkins and Steven Snyder from King & Spalding for the
18    Defendant EasyLink.
19            THE COURT:  Good morning.
20            MR. CARMODY:  Good morning, Your Honor.
21    Matt Carmody and Steve Lubezny on behalf of the other
22    defendants besides EasyLink, which are Packetel, Protus and
23    Open Text.
24            THE COURT:  Good morning.
25            MR. CARMODY:  In addition, Your Honor, we have with
```

```
 1   us the chief legal counsel of Open Text, Gordon Davies; and
 2   the general counsel of Protus.
 3             THE COURT:  Very well.  Very well.
 4        Okay.  Have you discussed how perhaps we might best
 5   proceed this morning, Mr. Sacks?
 6             MR. SACKS:  No, Your Honor, we haven't.  We assumed
 7   that you would have preferences.
 8             THE COURT:  Sure.  Let's start with the '066
 9   patent.  And I'd like, Mr. Sacks, if you could just start and
10   provide a little summary and an overview and then we'll get
11   into the claim construction.
12             MR. SACKS:  From here, Your Honor?
13             THE COURT:  That's fine.  If that suits you.
14             MR. SACKS:  It's whatever your preference is.
15             THE COURT:  That's fine.  I think it might save a
16   little time.
17             MR. SACKS:  Okay.  Do you mind if I sit?
18             THE COURT:  I don't.
19             MR. SACKS:  Thank you.
20        Your Honor, the four patents we're going to talk
21   about today are really broken into two categories.  The '066
22   and the '638 are both what we refer to as inbound patents.
23   And the '688 and the '132 are what we refer as the outbound
24   patents.  The two outbound patents have a common
25   specification and flow from a common application.
```