# Exhibit 5

Matthew P. Lewis (CA Bar No. 155516)
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (1-213) 620-7700
Facsimile: (1-213) 687-0758

Dimitrios T. Drivas
Steven M. Betensky
Scott T. Weingaertner
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200

Attorneys for Defendant Venali, Inc.

ENTERED
DOCKET NO. 31

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 Global Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Venali, Inc. <br><br> Defendant. | Case No. 04-1172 DDP (AJWx) <br><br> **DEFENDANT VENALI, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF j2 GLOBAL COMMUNICATIONS, INC. NOS. 1-34** |

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Central District of California, Defendants VENALI, INC. hereby request that Plaintiff j2 GLOBAL COMMUNICATIONS, INC. within thirty (30) days after service of these "Requests" make the following admissions for the purpose of this action only and subject to all pertinent objections to admissibility which may be interposed at trial.

DEFENDANT VENALI, INC.'S FIRST SET OF REQUESTS FOR ADMISSION NOS. 1-34 TO PLAINTIFF j2 GLOBAL COMMUNICATIONS, INC.

NEWYORK 4237584 (2K)

Exhibit 5, Page 108

## DEFINITIONS AND INSTRUCTIONS

The following definitions apply to the requests:

1. The Defendants and Instructions set forth in DEFENDANT VENALI, INC.'S FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFF j2 GLOBAL COMMUNICATIONS, INC. and DEFENDANT VENALI, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF J2 GLOBAL COMMUNICATIONS, INC. are hereby incorporated by reference.

NEWYORK 4237584 (2K)

DEFENDANT VENALI, INC.'S FIRST SET OF QUESTS FOR ADMISSION TO PLAINTIFF j2 GLOBAL COMMUNICATIONS, INC.

-2-

Exhibit 5, Page 109

# REQUESTS

**REQUEST NO. 1.**

Admit that Exhibit A is a true and accurate copy of JFAX's web-site from 1996.

**REQUEST NO. 2.**

Admit that a facsimile is not an "audio message."

**REQUEST NO. 3**

Admit that the term "audio message," in U.S. Patent Application No. 08/829,857 as filed on April 1, 1997 and prior to any amendment, identifies an alternative to facsimile and not a class of communications that includes facsimile.

**REQUEST NO. 4**

Admit that j2 or one of its predecessors in interest commercially offered Message Delivery services in the United States prior to April 1, 1996.

**REQUEST NO. 5**

Admit that the subject-matter of the '688 patent was sold, or offered for sale, in the United States prior to June 12, 1997.

**REQUEST NO. 6**

Admit that j2's system for Message Delivery as of November 6, 1998 was identical to the j2 system for Message Delivery as of April 1, 1997.

**REQUEST NO. 7**

Admit that the claims of the '638 patent relate to the architecture of the system disclosed in the '638 patent or the use of such architecture.

**REQUEST NO. 8**

Admit that the first commercial offer of j2 was an offering of a service including delivery of facsimile messages via email.

NEWYORK 4237584 (2K)

-3-

DEFENDANT VENALI, INC.'S FIRST SET OF QUESTS FOR ADMISSION TO PLAINTIFF j2 GLOBAL COMMUNICATIONS, INC.

Exhibit 5, Page 110

REQUEST NO. 9

Admit that JFAX solicited commercial interest in a service for converting email to facsimile prior to April 1, 1996 in the United States.

REQUEST NO. 10

Admit that the alleged invention claimed in the '638 patent was ready for patenting on or before March 30, 1996.

REQUEST NO. 11

Admit that the '638 patent is prior art to the '688 patent.

REQUEST NO. 12

Admit that Figures 5-7 of the '688 patent disclose subject matter that is prior art to the '688 patent.

REQUEST NO. 13

Admit that Figures 5-7 of the '688 patent are not identified as prior art in the application that issued as the '688 patent or the file history of the '688 patent.

REQUEST NO. 14

Admit that the following statement at column 1, lines 59-61 of the '688 patent is a true and accurate statement: "FIG. 1 shows the essence of the architecture of U.S. Pat. No. 6,208,638."

REQUEST NO. 15

Admit that the statement at column 2, lines 36-39 of the '688 patent is a true and accurate statement.

REQUEST NO. 16

Admit that at least one patent practitioner involved in the prosecution of the '638 patent on behalf of j2 or its predecessors in interest was also involved in the prosecution of the '688 patent on its behalf.

NEWYORK 4237584 (2K)

-4-

DEFENDANT VENALI, INC.'S FIRST SET OF QUESTS FOR ADMISSION TO PLAINTIFF j2 GLOBAL COMMUNICATIONS, INC.

Exhibit 5, Page 111

REQUEST NO. 17

Admit that j2 (as defined, including its predecessors in interest) practiced in the U.S. at least one of the claims of the '638 patent on June 12, 1998.

REQUEST NO. 18

Admit that it was known in the prior art to the '688 patent to provide a scalable system for supporting a message delivery service having a number of communications servers.

REQUEST NO. 19

Admit that j2 was aware, as of the filing of the complaint in this case, that Venali does not offer voice mail services.

REQUEST NO. 20

Admit that personnel from j2 conducted a meeting in 2000 with personnel from Venali.

REQUEST NO. 21

Admit that the meeting referred to in REQUEST NO. 20 was conducted under a confidentiality agreement.

REQUEST NO. 22

Admit that during the identified in REQUEST NO. 20, j2 personnel discussed with Venali personnel an arrangement in which j2 message traffic would be carried by Venali's system.

REQUEST NO. 23

Admit that the term "outbound resource" encompasses a "communications server."

REQUEST NO. 24

Admit that the terms "processing server" and "outbound resource" refer to separate and distinct entities.

NEWYORK 4237584 (2K)

-5-

DEFENDANT VENALI, INC.'S FIRST SET OF QUESTS FOR ADMISSION TO PLAINTIFF j2 GLOBAL COMMUNICATIONS, INC.

Exhibit 5, Page 112

REQUEST NO. 25

Admit that a Virtual Private Network is implemented on a public network such as the Internet.

REQUEST NO. 26

Admit that that the terms "internal packet switched data network" and "external packet switched data network" are mutually exclusive.

REQUEST NO. 27

Admit that the Internet is not an example of an "internal packet-switched data network."

REQUEST NO. 28

Admit that "request message," as used in the '688 patent, includes email.

REQUEST NO. 29

Admit that an email is not in a format capable of being received by a fax machine over a telephone network unless it is first converted into a TIFF or analogous format.

REQUEST NO. 30

The JFAX mark was used in actual commerce in the U.S. in connection with transmitting digital data into electronic mail in 1995.

REQUEST NO. 31

Admit that "facsimile" is a system of transmitting and reproducing graphic matter by means of a signal sent over telephone lines.

REQUEST NO. 32

Admit that a first person having an "audio message" cannot transfer the "audio message" to a second person via facsimile.

REQUEST NO. 33

Admit that at least one of the individuals named as joint inventor of the '688 patent had knowledge of the j2 system on or before June 12, 1998.

NEWYORK 4237584 (2K)

DEFENDANT VENALI, INC.'S FIRST SET OF
QUESTS FOR ADMISSION TO PLAINTIFF
j2 GLOBAL COMMUNICATIONS, INC.

-6-

Exhibit 5, Page 113

1  REQUEST NO. 34

2  Admit that at least one of the individuals named as joint inventor of the '688 patent had

3  knowledge of the j2 system on or before June 12, 1997.

4

5

6                                                          WHITE & CASE LLP,

7  Dated: August 25, 2004                        By: _____
                                                              Scott T. Weingaertner

8                                                          Dimitrios T. Drivas
                                                          Matthew P. Lewis
9                                                          Steven M. Betensky
                                                          Catherine C. Lacavera
10                                                         Attorneys for Plaintiff Venali, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT VENALI, INC.'S FIRST SET OF
QUESTS FOR ADMISSION TO PLAINTIFF
j2 GLOBAL COMMUNICATIONS, INC.

NEWYORK 4237584 (2K)                     -7-

Exhibit 5, Page 114

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing DEFENDANT VENALI, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF j2 GLOBAL COMMUNICATIONS, INC. NOS. 1-34 was served via hand delivery on August 25, 2004 on the following parties:

Robert A. Sacks
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6640
Facsimile: (310) 712-8800

John Altmiller
KENYON & KENYON
1500 K Street, N.W., Suite 700
Washington D.C. 20005-1257
Telephone: (202) 220-4200
Facsimile: (202) 220-4201

BY: _____
Brandi Stollak

NEWYORK 4237584 (2K)   -8-   DEFENDANT VENALI, INC.'S FIRST SET OF QUESTS FOR ADMISSION TO PLAINTIFF j2 GLOBAL COMMUNICATIONS, INC.

Exhibit 5, Page 115

**EXHIBIT A**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NEWYORK 4237584 (2K)

-9-

DEFENDANT VENALI, INC.'S FIRST SET OF
QUESTS FOR ADMISSION TO PLAINTIFF
j2 GLOBAL COMMUNICATIONS, INC.

Exhibit 5, Page 116

World Cities   Sign-Up   Software   What's New

# JFAX PERSONAL telecom.

Winner of the British Telecom / Sunday Times 1996 Technology Award

**Small Biz Tip**
Take a JFAX phone / fax number in Chicago and you'll have a virtual branch office with all voice-mail and faxes delivered to your E-Mail. Details here.

➡ **news**
Fax/Send saves up to 80% on fax rates

➡ **cities**
Chicago joins global network

➡ **start**
Save 50% + off activation if you start now

➡ **software**
Get the free JFAX Voice-Mail audio player

## Get all your voice-mail and faxes in your e-mail

JFAX Personal Telecom gives you a unique, private phone / fax number in any city on our global network, where all your voice-mail and faxes are received and rushed instantly to your E-Mail inbox.

You play voice messages in top 
quality audio and view super-sharp faxes with free software you can download. And send your outgoing faxes via E-Mail using JFAX Fax/Send. Sign-up now and have your private phone / fax number activated within 24 hours. The price: only $12.50 per month including up to 100 messages or fax pages.

*your own phone number in...*
New York
London
San Francisco
Chicago
Los Angeles
Atlanta
Boston
Silicon Valley
Toronto
Montreal
U.S. toll free

- ▸ *Universal Inbox.* Get all your voice-mail and faxes in your E-Mail inbox where ever you are -- office, home, on the road!
- ▸ *Virtual Office.* Grow your business with a virtual branch office in New York, London, San Francisco, Los Angeles, Atlanta, Boston, Silicon Valley, Toronto, Montreal or U.S. toll free. *More cities starting soon.*
- ▸ *Send your faxes* via E-Mail and save a fortune using JFAX Fax/Send!
- ▸ *Get free software* by clicking here to play your voice mail and view your faxes.
- ▸ *Start now* with JFAX online sign-up or call 1-888-GET-JFAX

**HERE'S WHAT YOU GET...**

🔹 *Person-centricity.* Incoming faxes and voice-mail delivered via your own private JFAX PT phone number to your E-Mail, no matter where you are. Anyone on earth with a phone or fax can reach you via the Internet -- even if they don't have a computer.

🔹 *Virtual Office.* Your own private phone/fax number in any city on our global network.

🔹 *Throw Away Your Fax Machine.* Compare here and you'll see why!

## your **privacy**.
*With JFAX PT, you are the first and only one to read your sensistive faxes and listen to your voice mail.*

**Frequently Asked Questions**
the most important place to look for answers about JFAX Personal Telecom

**Press Buzz**

"..the quintessential telephone application." - New York Times

"..supremely easy to use." - Los Angeles Times

"..makes it easier for a company to do business in other countries." - Financial Times

"..neatly providing a unified service for fax, voice and e-mail." - Scientific American

"Zowie... you need to know about this thing." - Yahoo! Computing

*When you are on the road, there's no more risk that hotel staff could read your faxes.*

- **Throw Away Your Answering Machine.** Read here to see why.
- **No More Costly Software or Expensive Hardware.**
- **Quick Start.** Begin using your private JFAX PT number within 24 hours of signing up.
- **Huge Savings.** Your phone / fax number from JFAX typically costs half the price of a regular business line. And our Fax/Send service is up to 80% cheaper than regular long distance rates.

## How JFAX works

Someone sends you a fax or leaves a voice-mail message on your unique JFAX Personal Telecom phone / fax number. The audio message or fax is compressed and rushed via the Internet **to your E-Mail**. You listen to the original audio message or view the original fax, complete with graphics, on free software from JFAX.

## Contact JFAX

Write info@jfax.net. Or call 1-888-GET-JFAX. Outside the U.S. phone +1-212-431-3833.

Copyright 1996, JFAX Communications, Inc. All Rights Reserved.
JFAX and JFAX Personal Telecom are trademarks of JFAX Communications, Inc.