# Exhibit 13

DAVID J. FARBER - 7/27/2012

```
                                                              1

          UNITED STATES DISTRICT COURT
          CENTRAL DISTRICT OF CALIFORNIA

 J2 GLOBAL COMMUNICATIONS, INC.,)
                                )
         Plaintiff,             )
                                ) Civil Action No.
         vs.                    ) 09-4189 DDP(AJWx)
                                )
 EASYLINK SERVICES INTERNATIONAL)
 CORPORATION                    )
                                )
         Defendant.             )
 -------------------------------
 J2 GLOBAL COMMUNICATIONS, INC. )
 and ADVANCED MESSAGING         )
 TECHNOLOGIES, INC.,            ) Case No.
                                ) C 09-4150 DDP(AJWx)
         Plaintiffs,            )
                                )
         vs.                    ) Volume I
                                )
 CAPTARIS, INC. and OPEN TEXT   ) Pages 1-125
 CORPORATION,                   )
                                )
         Defendants.            )
 -------------------------------
 AND RELATED CROSS-ACTION.
 -------------------------------

     VIDEOTAPE DEPOSITION OF DAVID J. FARBER
              FRIDAY, JULY 27, 2012
                   9:55 A.M.


 REPORTED BY:
          TERRY BARBANO BURKE, RMR-CRR
```

DAVID J. FARBER - 7/27/2012

                                                            2

1      Videotape Deposition of DAVID J. FARBER,
2  taken pursuant to notice, at the law offices of
3  Morris, Nichols, Arsht & Tunnell, LLP, 1201 North
4  Market Street, Wilmington, Delaware, beginning at
5  9:55 a.m., on Friday, July 27, 2012, before Terry
6  Barbano Burke, RMR-CRR and Notary Public.
7                   -   -   -
8  APPEARANCES:
9  FOR THE PLAINTIFFS:
10      KENYON & KENYON LLP
11      BY:  FRANK L. BERNSTEIN, ESQUIRE
12      1801 Page Mill Road
13      Suite 210
14      Palo Alto, California  94304-1216
15      650-384-4700
16      fbernstein@kenyon.com
17            -and-
18      SULLIVAN & CROMWELL LLP
19      BY:  BRIAN R. ENGLAND, ESQUIRE
20      1888 Century Park East
21      Suite 2100
22      Los Angeles, California  90067-1725
23      310-712-6600
24      englandb@sullcrom.com
25

DAVID J. FARBER - 7/27/2012

```
 1   APPEARANCES CONTINUED:
 2   FOR DEFENDANT EASYLINK SERVICES INTERNATIONAL
 3   CORPORATION:
 4        KING & SPALDING LLP
 5        BY:   THOMAS C. LUNDIN, JR., ESQUIRE
 6        1180 Peachtree Street, N.E.
 7        Atlanta, Georgia   30309-3521
 8        404-572-2808
 9        tlundin@kslaw.com
10
11   FOR DEFENDANTS CAPTARIS, INC., AND OPEN TEXT
12   CORPORATION:
13        PERKINS COIE, LLP
14        BY:   DAVID J. PALMER, ESQUIRE
15        2901 N. Central Avenue, Suite 2000
16        Phoenix, Arizona   85012-2788
17        602-351-8488
18        DPalmer@perkinscoie.com
19              -and-
20        CROWELL & MORING, LLP
21        BY:   CLYDE E. FINDLEY, ESQUIRE
22        1001 Pennsylvania Avenue, NW
23        Washington, DC   20004-2595
24        202-624-2786
25        Cfindley@crowell.com
```

3

DAVID J. FARBER - 7/27/2012

4

```
 1   ALSO PRESENT:
 2        LINDSAY duPHILY, Video Specialist
 3                   -    -    -
 4                  I N D E X
 5   EXAMINATION                                    PAGE
 6   By Mr. Lundin                                     7
 7   By Mr. Bernstein                                117
 8                   -    -    -
 9   No.              DESCRIPTION                   PAGE
10   Exhibit 1  Subpoena                               9
11   Exhibit 2  Interesting-People Message,          11
12              j2/V 4090 through j2/V 4092
13   Exhibit 3  New York Times article, "German     11
14              Pop Singer Sets Signs on Virtual
15              Office"
16   Exhibit 4  Bio of David J. Farber, two          17
17              pages
18   Exhibit 5  Bio of David J. Farber, three        17
19              pages
20   Exhibit 6  Interesting-People Message,          31
21              J046799 through J046801
22   Exhibit 7  Interesting-People Message,          62
23              18 Mar 1998, three pages
24   Exhibit 8  Interesting-People Message,          68
25              EL PRODUCTION C082936
```

DAVID J. FARBER - 7/27/2012

5

```
 1              I N D E X (cont'd):
 2    No.              DESCRIPTION                  PAGE
 3    Exhibit 9   Interesting-People Message,        77
 4                17 Mar 2003, two pages
 5    Exhibit 10  Interesting-People Message,        77
 6                28 May 2002, two pages
 7    Exhibit 11  Interesting-People Message,        77
 8                14 Dec 2001, one page
 9    Exhibit 12  Interesting-People Message,        77
10                26 Oct 2001, two pages
11    Exhibit 13  Google groups, biz.marketplace,    87
12                discussion, EL PRODUCTION C082941
13    Exhibit 14  Google groups,                     87
14                dfw.internet.providers,
15                EL PRODUCTION C082951
16    Exhibit 15  Google groups,                     87
17                alt.online-service,
18                EL PRODUCTION C082965
19    Exhibit 16  LexisNexis New York Times article  94
20    Exhibit 17  New York Times article,            96
21                "Expanding the Boundaries of E-Mail"
22    Exhibit 18  Press release, "JFAX Launches     102
23                JFAX/Send Service, J082351
24    Exhibit 19  EL PRODUCTION C020643 through    108
25                C020718
```

DAVID J. FARBER - 7/27/2012

6

| | | |
|---|---|---|
| 10:01:31 | 1 | VIDEO SPECIALIST: This is the |
| 10:01:31 | 2 | videotape deposition of Dr. David J. Farber. |
| 10:01:36 | 3 | This deposition is being taken by EasyLink |
| 10:01:40 | 4 | Services International Corp., Open Text |
| 10:01:43 | 5 | Corporation, and j2 Global Communications, Inc., |
| 10:01:48 | 6 | in the matter of j2 Global Communications, Inc., |
| 10:01:51 | 7 | plaintiff, versus EasyLink Services International |
| 10:01:53 | 8 | Corporation, defendant, Case No. 09-4189 and |
| 10:01:59 | 9 | j2 Global Communications, Inc., and Advanced |
| 10:02:04 | 10 | Messaging Technologies, Inc., plaintiffs, versus |
| 10:02:05 | 11 | Captaris, Inc. and Open Text Corp., defendants, |
| 10:02:08 | 12 | Case No. C 09-4150. |
| 10:02:13 | 13 | This deposition is being held in the |
| 10:02:15 | 14 | offices of Morris Nichols Arsht & Tunnel, |
| 10:02:18 | 15 | Wilmington, Delaware. We're going on the record |
| 10:02:20 | 16 | on July 27th, 2012, at approximately 10:03 a.m. |
| 10:02:26 | 17 | The court reporter is Terry Burke |
| 10:02:29 | 18 | contracted by MLS Atlanta. My name is Lindsay |
| 10:02:32 | 19 | duPhily. I'm the videotape specialist, who is |
| 10:02:35 | 20 | also contracted by MLS Atlanta. |
| 10:02:38 | 21 | Counsel will now introduce themselves |
| 10:02:40 | 22 | and then the court reporter will swear in the |
| 10:02:41 | 23 | witness. |
| 10:02:42 | 24 | MR. LUNDIN: Tom Lundin with King & |
| 10:02:45 | 25 | Spalding, representing defendant EasyLink |

DAVID J. FARBER - 7/27/2012

7

| | | |
|---|---|---|
| 10:02:48 | 1 | Services International Corporation. |
| 10:02:48 | 2 | MR. PALMER: David Palmer with |
| 10:02:50 | 3 | Perkins Coie, LLP, representing Open Text |
| 10:02:55 | 4 | Corporation. |
| 10:02:55 | 5 | MR. FINDLEY: Clyde Findley from the |
| 10:02:56 | 6 | law firm of Crowell & Moring representing Open |
| 10:03:00 | 7 | Text Corporation. |
| 10:03:01 | 8 | MR. BERNSTEIN: Frank Bernstein from |
| 10:03:02 | 9 | Kenyon and Kenyon, representing j2 Global and |
| 10:03:05 | 10 | Advanced Messaging Technologies. |
| 10:03:06 | 11 | MR. ENGLAND: Brian England from |
| 10:03:08 | 12 | Sullivan and Cromwell, also on behalf of |
| 10:03:11 | 13 | plaintiffs. |
| 10:03:11 | 14 | DAVID J. FARBER, |
| 10:03:11 | 15 | the deponent herein, having first been |
| 10:03:11 | 16 | duly sworn on oath, was examined and |
| 10:03:20 | 17 | testified as follows: |
| 10:03:20 | 18 | BY MR. LUNDIN: |
| 10:03:21 | 19 | Q.  Good morning, Dr. Farber.  I appreciate |
| 10:03:24 | 20 | you being here today.  Are you feeling okay this |
| 10:03:27 | 21 | morning? |
| 10:03:28 | 22 | A.  Overfed, but yes. |
| 10:03:30 | 23 | Q.  Good.  I represent EasyLink Services |
| 10:03:38 | 24 | International Corporation, the defendant in one |
| 10:03:39 | 25 | of the two cases in which you're being deposed |

DAVID J. FARBER - 7/27/2012

123

```
12:53:02   1              MR. LUNDIN:  We're determining that
12:53:03   2    right now.
12:53:04   3              MR. BERNSTEIN:  Let's go off the
12:53:06   4    record.
12:53:06   5              VIDEO SPECIALIST:  Going off the
12:53:06   6    record at approximately 12:54 p.m.
12:53:49   7              (Pause.)
12:53:49   8              VIDEO SPECIALIST:  Back on the record
12:53:50   9    at 12:54 p.m.
12:53:52  10              MR. BERNSTEIN:  I just want to make
12:53:53  11    one more, one more comment.  I met -- this is not
12:53:58  12    directed to you, Mr. Farber -- I met Clyde Findley
12:54:02  13    from the Crowell & Moring firm for the first time
12:54:05  14    today.  He was an associate at my firm Kenyon and
12:54:08  15    Kenyon.  We overlapped for a little while after I
12:54:10  16    joined the firm.  I did not recognize him, but I
12:54:14  17    recognize now that he had been an associate, and
12:54:16  18    he actually mentioned he had been at Kenyon.  And
12:54:20  19    I had a recollection that he had worked on
12:54:21  20    matters on behalf of j2.  And I went and had the
12:54:26  21    billing records for the matter numbers for that
12:54:28  22    client pulled and noted that there are times
12:54:33  23    entered on at least two different litigations
12:54:36  24    involving the patents in suit.
12:54:37  25              I'm making that statement for the
```

DAVID J. FARBER - 7/27/2012

124

| | | |
|---|---|---|
| 12:54:38 | 1 | record. I'm not waiving anything on behalf of j2 |
| 12:54:42 | 2 | as to anything we might do with that information. |
| 12:54:44 | 3 | We just got it today, and so I'm not prepared to |
| 12:54:47 | 4 | go further with it. But we are going to evaluate |
| 12:54:50 | 5 | that and if we need to take action, we will. |
| 12:54:52 | 6 | MR. LUNDIN: Right, while you're on |
| 12:54:54 | 7 | the record. What's the dates, since you're aware |
| 12:54:56 | 8 | of something, what's the dates of the litigations |
| 12:54:58 | 9 | that you're referring to? |
| 12:55:00 | 10 | MR. BERNSTEIN: 2004/2005. |
| 12:55:01 | 11 | MR. LUNDIN: Okay. |
| 12:55:05 | 12 | VIDEO SPECIALIST: This deposition is |
| 12:55:06 | 13 | ending at approximately 12:56 p.m. |
| 12:55:17 | 14 | COURT REPORTER: Reading and signing? |
| 12:55:17 | 15 | MR. LUNDIN: He is not a witness, he |
| 12:55:18 | 16 | is not represented. |
| 12:55:18 | 17 | Mr. Farber, do you want to read the |
| 12:55:24 | 18 | transcript and certify and sign and have the |
| 12:55:28 | 19 | ability to make corrections or are you prepared |
| 12:55:30 | 20 | to waive that? |
| 12:55:31 | 21 | THE WITNESS: I'll waive that. If I |
| 12:55:34 | 22 | was a witness, I would worry about it, but I |
| 12:55:39 | 23 | don't think I said too many things. |
| | 24 | (Witness excused.) |
| | 25 | (The deposition concluded at 12:55 p.m.) |

DAVID J. FARBER - 7/27/2012

125

1  State of Delaware )
                   )
2  New Castle County )

3

                CERTIFICATE OF REPORTER
4

        I, Terry B. Burke, RMR-CRR and Notary
5  Public, do hereby certify that there came before
   me on Friday, July 27, 2012, the deponent herein,
6  DAVID J. FARBER, who was duly sworn by me and
   thereafter examined by counsel for the respective
7  parties; that the questions asked of said
   deponent and the answers given were taken down by
8  me in Stenotype notes and thereafter transcribed
   by use of computer-aided transcription and
9  computer printer under my direction.

10       I further certify that the foregoing is a
   true and correct transcript of the testimony
11 given at said examination of said witness.

12       I further certify that reading and signing
   of the deposition were waived by the deponent and
13 counsel.

14       I further certify that I am not counsel,
   attorney, or relative of either party, or
15 otherwise interested in the event of this suit.

16

17

18
                Terry Barbano Burke, RMR-CRR
19

20

21

22

23

24

25