# Exhibit 16





**Ethical Considerations for the In-House Attorney**
Seminar

Perkins Coie LLP
131 S. Dearborn, 16th Floor
Chicago, IL 60603

**A Practical Guide to Fulfilling Your Professional Obligations While Protecting the Company's Legal Interests**

Wednesday, June 20, 2012
8:15 a.m. - 11:45 a.m.

**8:30 a.m. - Introduction & Welcome**

   Christopher Wilson, Perkins Coie LLP

**8:40 a.m. - Cooperation Agreements and Preservation Obligations in the Post-Employment Setting**

- Contacting and/or representing former employees for litigation purposes
- Duty to preserve data when off boarding employees
- The risk of a privilege waiver
- When to use a cooperation agreement, and what are the ethical considerations associated with litigation-cooperation agreements

   **Panelists:**
   - Douglas Stevens, Aon Corporation
   - August "Jamie" Schupp, Morgan Stanley
   - Craig Boggs, Perkins Coie LLP

**9:10 a.m. - Pitfalls of Outsourcing, the Cloud and eDiscovery**

- Should your company move its data to the Cloud?
- Implementing litigation holds with Outsourcers in the Cloud
- Recognizing the security risks associated with outsourcing and using the Cloud
- Social media considerations
- Relevant rules of professional conduct when another holds your data

   **Panelists:**
   - Stephen Ludlow, OpenText Corporation
   - Jennifer Freeman, Kroll Ontrack
   - Marcelo Halpern, Perkins Coie LLP

**9:50 a.m. - Break**

**10:00 a.m. - Understanding the Attorney Client Privilege and Avoiding Waiver**

- The contrasts between the attorney client privilege in the E.U. v. The U.S.
- Preserving the attorney client privilege for intercompany communications and employee-related investigations
- The tension between disclosing your litigation response process and maintaining the privilege
- Review of relevant rules of professional conduct and divergence in U.S. case law

   **Panelists:**
   - Sara Kagay, Brunswick Corporation
   - Timothy Carroll, Perkins Coie LLP

**10:40 a.m. - When to Elevate to the C-Level**

- When does the CEO need to know of a litigation or an investigation-related matter?
- Communicating the import of a litigation event or an investigation without creating an incorrect inference of wrongdoing
- Conducting an internal investigation while protecting the company's interest

   **Panelists:**

Exhibit 16, Page 294

- Douglas Parker, OpenText Corporation
- Angela Bonifield Frye, Verizon Wireless
- Patrick Collins, Perkins Coie LLP

**11:20 a.m. - Keynote Address**

> The Honorable Wayne Andersen (Ret.), United States District Court for the Northern District of Illinois

**11:45 a.m. - Closing Remarks and Adjournment**

> Timothy Carroll, Perkins Coie LLP

Perkins Coie LLP is a licensed provider of CLE credits in Illinois. Accordingly, we plan to apply for 3.0 CLE ethics credits for this event. We will inform attorney participants about the number and type of credits approved, if any, after the event.

**Questions or To Attend:** Please contact Katie McCormack via email or at 312.324.8685