Grant E. Kinsel (Bar No. 172407)
gkinsel@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.788.9900
Facsimile: 310.788.3399

Timothy J. Carroll *(To Be Admitted Pro Hac Vice)*
tcarroll@perkinscoie.com
Matthew F. Carmody *(To Be Admitted Pro Hac Vice)*
mcarmody@perkinscoie.com
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: 312.324.8400
Facsimile: 312.324.9400

Attorneys for Defendant/ Counterclaimant
EASYLINK SERVICES INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MESSAGING TECHNOLOGIES, INC. AND J2 GLOBAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EASYLINK SERVICES INTERNATIONAL CORPORATION, <br><br> Defendant. <br><br> And Related Counterclaims | Case No. 11-cv-4239 DDP (AJWx) <br><br> **DECLARATION OF DAVID J. PALMER IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SPOLIATION SANCTIONS AGAINST J2** <br><br> Date: November 19, 2012 <br> Time: 10:00 a.m. <br> Courtroom: 3 <br><br> Judge: Hon. Dean D. Pregerson |

80040-0012/LEGAL25074704.1                                                   DECLARATION OF DAVID J. PALMER

David J. Palmer, declares as follows:

I am an attorney at Perkins Coie LLP. I have personal knowledge of the matters set forth below and am competent to testify.

1. Attached as Exhibit 1 is a true and correct copy of an email dated October 29, 2012 from Frank Bernstein to Timothy Carroll.

2. Attached as Exhibit 2 is a true and correct copy of Defendant Captaris's First Requests for Production of Documents, dated April 30, 2009.

3. Attached as Exhibit 3 is a true and correct copy of an email from Frank Bernstein to Timothy Carroll dated November 2, 2012.

4. Attached as Exhibit 4 is a true and correct copy of a letter I wrote and sent to Frank Bernstein on July 12, 2012.

5. On October 3, 2012, counsel for Defendants and counsel for j2 exchanged mediation statements.

6. Attached as Exhibit 5 is a true and correct copy of a letter from Brian England to Timothy Carroll dated October 25, 2012.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of Vincent Niedzielski, who testified on behalf of j2 on June 13, 2012.

8. Attached as Exhibit 7 is a true and correct copy of Defendants' Rule 30(b)(6) Notice of Deposition of j2, dated June 1, 2012.

9. Attached as Exhibit 8 is a true and correct copy of an email exchange between Frank Bernstein and me, with the most recent email dated June 27, 2012.

10. Attached as Exhibit 9 is a true and correct copy of an email exchange between Frank Bernstein and me, with the most recent email dated June 28, 2012.

11. Attached as Exhibit 10 is a true and correct copy of an email exchange between Frank Bernstein and me, with the most recent email dated July 25, 2012.

1 | I declare under penalty of perjury under the laws of the United States of
2 | America that the foregoing is true and correct to the best of my knowledge.
3 | EXECUTED this 5th day of November, 2012 at Phoenix, Arizona.

_____
David J. Palmer