# EXHIBIT 1

**From:** Bernstein, Frank [mailto:FBernstein@kenyon.com]
**Sent:** Monday, October 29, 2012 9:56 AM
**To:** Carroll, Timothy J. (Perkins Coie)
**Cc:** Carmody, Matthew F. (Perkins Coie); Palmer, David (Perkins Coie); Caixeiro, Manny J. (Perkins Coie); Lubezny, Steven M. (Perkins Coie); 'Sacks, Robert A.'; 'England, Brian R.'; Johnson, Edward E.
**Subject:** JFAX source code inspection

Dear Tim,

I have seen the recent exchange of correspondence between you and Brian regarding production of early JFAX source code. I am writing to let you know that that source code will be available beginning this Wednesday, October 31, in our Palo Alto office. The files that will be available on that day include JFAX source code files from 1998, as well as 1997 and 1996. Other code, from a server which is being restored after it was decommissioned (not destroyed), is expected to be available in our Palo Alto office beginning on Friday, November 2. That server undergoing restoration has pre-2006 source code on it, from a version control system called VSS. We are endeavoring to make that code available, with a copy of the version control software, to facilitate review.

While we are producing this code in accordance with the Stipulated Protective Order in this litigation, we are willing to relax the five business day advance notice requirement, so that if your team is available to come and review the code this week, they may do so. Please let me know when people from your team will be coming to review the code.

**Frank L. Bernstein**
**Kenyon & Kenyon LLP**
1801 Page Mill Road, Suite 210 | Palo Alto, CA 94304-1216
650.384.4688 Phone | 650.384.4701 Fax
fbernstein@kenyon.com | www.kenyon.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

1

**Exhibit 1 Page 2**