# EXHIBIT 3

**From:** Bernstein, Frank [mailto:FBernstein@kenyon.com]
**Sent:** Friday, November 02, 2012 4:44 PM
**To:** Carroll, Timothy J. (Perkins Coie)
**Cc:** Carmody, Matthew F. (Perkins Coie); Palmer, David (Perkins Coie); Caixeiro, Manny J. (Perkins Coie); 'Sacks, Robert A.'; 'England, Brian R.'; Johnson, Edward E.
**Subject:** RE: JFAX source code inspection

Dear Tim,

Thank you for your e-mail.

As you know, discovery is not yet completed. j2 has located source code, and is making it available. As for the prior inspection of j2 source code, there was never any secret that there was not much there. I advised David Palmer of that repeatedly.

Before going off with accusations of non production, you might consider Open Text's failure to advise as to availability of alleged prior art source code whose existence was alluded to months ago. You might also consider Open Text's failure to comply with the Court's order granting j2's motion to compel. You also might have considered meeting and conferring before filing the spoliation motion.

In any event, we are not going to agree to what you have asked, when you have not even inspected what we are making available. Assuming you and your firm are not disqualified, you are free to come and examine the source code per the protective order. Please advise when you would like to do that inspection.

Frank L. Bernstein
Kenyon & Kenyon LLP
1801 Page Mill Road, Suite 210 | Palo Alto, CA 94304-1216
650.384.4688 Phone | 650.384.4701 Fax
fbernstein@kenyon.com | www.kenyon.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Carroll, Timothy J. (Perkins Coie) [TCarroll@perkinscoie.com]
**Sent:** Thursday, November 01, 2012 1:36 PM
**To:** Bernstein, Frank
**Cc:** Carmody, Matthew F. (Perkins Coie); Palmer, David (Perkins Coie); Caixeiro, Manny J. (Perkins Coie); 'Sacks, Robert A.'; 'England, Brian R.'; Johnson, Edward E.
**Subject:** RE: JFAX source code inspection

Frank:

As you know, this is the first time we have ever heard that j2 found JFAX source code from 1996 and 1997. Brian England's recent correspondence referred vaguely to code from the late 1990's and to Mr. Niedzielski's testimony about the "eFax"-labeled backup tape. Your email of 10/29 states that you have JFAX source code available from 1996 and 1997 for our review. I have a few questions about this discovery, however:

1

Exhibit 3 Page 11

- What sources of media was this code recovered from?
- When was it found?
- Why are we finding out about this only now, months after traveling to your offices in New York with our source code review expert to review the old code, and many months after Mr. Niedzielski testified that multiple searches had been made and nothing had been found from the CVS repository?

Your email also refers separately to a server that j2 must have only recently found and are in the process of restoring. Please provide an update on your efforts to restore that server and your ability to make it available for review.

In light of these revelations regarding this new decommissioned server, along with the 1996 code whose media source you have not yet identified, we request that we be given forensic access to the original media (i.e., direct access for our forensic expert's analysis) on which all of the JFAX code you have found, including this decommissioned server, any backup tapes and whatever other media contains the JFAX code whose existence you are only now disclosing to us.

Please provide answers to the above questions, the requested update on the status of your server restoration efforts, and let us know whether you will agree to accommodate our request for forensic access to the original media containing the JFAX code.

Thank you.

**Timothy Carroll | Perkins Coie LLP**
**Partner**
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
PHONE: 312.324.8446
MOBILE: 312.802.6990
FAX: 312.324.9446
E-MAIL: TCarroll@perkinscoie.com

---

**From:** Bernstein, Frank [mailto:FBernstein@kenyon.com]
**Sent:** Monday, October 29, 2012 11:56 AM
**To:** Carroll, Timothy J. (Perkins Coie)
**Cc:** Carmody, Matthew F. (Perkins Coie); Palmer, David (Perkins Coie); Caixeiro, Manny J. (Perkins Coie); Lubezny, Steven M. (Perkins Coie); 'Sacks, Robert A.'; 'England, Brian R.'; Johnson, Edward E.
**Subject:** JFAX source code inspection

Dear Tim,

I have seen the recent exchange of correspondence between you and Brian regarding production of early JFAX source code. I am writing to let you know that that source code will be available beginning this Wednesday, October 31, in our Palo Alto office. The files that will be available on that day include JFAX source code files from 1998, as well as 1997 and 1996. Other code, from a server which is being restored after it was decommissioned (not destroyed), is expected to be available in our Palo Alto office beginning on Friday, November 2. That server undergoing restoration has pre-2006 source code on it, from a version control system called VSS. We are endeavoring to make that code available, with a copy of the version control software, to facilitate review.

While we are producing this code in accordance with the Stipulated Protective Order in this litigation, we are willing to relax the five business day advance notice requirement, so that if your team is available to come and review the code this week, they may do so. Please let me know when people from your team will be coming to review the code.

**Frank L. Bernstein**
**Kenyon & Kenyon LLP**
1801 Page Mill Road, Suite 210 | Palo Alto, CA 94304-1216
650.384.4688 Phone | 650.384.4701 Fax
fbernstein@kenyon.com | www.kenyon.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department and IRS regulations, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including any attachments) is not intended or written by Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or any attachments).

\* \* \* \* \* \* \* \* \*

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.