# EXHIBIT 4



2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8000
FAX: 602.648.7000
www.perkinscoie.com

David J. Palmer
PHONE: (602) 351-8488
FAX:    (602) 648-7036
EMAIL: DPalmer@perkinscoie.com

July 12, 2012

**VIA EMAIL (fbernstein@kenyon.com)**

Frank Bernstein
Kenyon & Kenyon LLP
1801 Page Mill Road
Suite 210
Palo Alto, CA  94304

Re:   *j2 Global Communications, Inc. v. Captaris, Inc. and Open Text Corporation,*
      **Case 2:09-cv-04150-DDP (AJWx) (C.D. Cal.)**

Dear Frank:

As you know, Open Text's outside software expert and I traveled to New York last week to review the source code disc that you made available in your offices there. While we appreciate you making these materials available to us, we found that the disc contains mostly material that j2 should have produced under the standard confidentiality provisions of the protective order, rather than the particularly restrictive special provisions for confidential source code.  As far as we were able to determine, the disc contained no JFAX source code other than HTML code for j2 and/or JFAX's web site.

Please produce relevant, non-source code documents on the "source code" disc, including documents that relate to j2's product development and design.  For example, the disc included the following document types:

1. 282 Word documents

2. 36 Adobe PDF documents

3. 194 diagram files (Visio format)

4. More than 5,700 image (e.g., JPG) files

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK
PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
Perkins Coie LLP

Exhibit 4 Page 14

Frank Bernstein
July 12, 2012
Page 2

    5. More than 9,000 html files that appear to have been used for j2's and/or JFAX's web site.

    6. Employee Time Sheets (located in MDB database files)

    7. 2 Microsoft Project scheduling files (MPP)

    We should not have been forced to discover these types of documents under a restricted, on-site source code review protocol.

    As for actual source code, the disc contained just 24 .c files, all of which appear to be third-party networking files from RPA or Oracle. The disc contained just 71 .cpp files, all of which appear to be third-party files from Oracle or WTS (Clustercom Technologies).

    In addition, the disc contains two image files both named 10_30_10.jpg showing screen shots that appear to have been generated from October 30, 2010 searches of j2's network for files having .c file extensions and .cpp file extensions, respectively. The metadata shows that these two image files were copied to the CD on October 30, 2010. These image files raise questions about the completeness of the file collection. For example, the screenshot relating to the apparent search for .c files shows 923 files found, while the screenshot related to the apparent search for .cpp files shows 583 files found. As I mentioned, however, the CD itself contains only 24 .c files and 71 .cpp files. And, indeed, some of the filenames shown in the screenshots, do not appear on the CD.

    It is unclear why many files that appear from the screenshots to have been found by searching j2's network were not included on the CD. The difficulty of evaluating this question was compounded by the fact that in creating the CD, all directory and file names from the j2 servers exceeding eight characters in length were truncated on the CD.

    For example, a file located on j2's servers as

"E:\Users\Davy.Khensouvian\SavedJFAXINT\Inetpub\wwwroot\qa\Wtsold\Wts\Code\RsTsItemInfo.cpp"

was rendered on the CD as

"D:\J2_Sourc\CPP\DAVYKHEN\SAVED_JF\INETPUB\WWWROOT\QA\WTSOLD\WTS\CODE\RSTSITEM.CPP"

while the file in that same server directory that was actually named RsTsItem.cpp was rendered as on the CD as RSTSI000.CPP (along with the truncated directory names.).

80040-0001/LEGAL24137131.1

Exhibit 4 Page 15

Frank Bernstein
July 12, 2012
Page 3

      In addition, during our review we found 59 files each named VSSVER.SCC. These files appear to have been generated on j2's servers by a source code repository called Visual SourceSafe. We did not have the requisite software available to determine the content of these files, but the files were associated with directories on the disc that contained j2 website files (.HTM) ranging from 1999 to 2004. Please confirm whether all j2 source code repository files, including Visual SourceSafe files, have been made available to us. Also, please confirm whether Visual SourceSafe was used as a repository to control j2/JFAX's source code as distinguished from its 1999-2004 web site, or whether Visual SourceSafe was used to control changes to the web files only, so that we can determine whether it would be worthwhile to expend resources to determine the content of these files.

      Very truly yours,

David J. Palmer