# EXHIBIT 5

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 25, 2012

*Via Email*

Timothy J. Carroll, Esq.,
   Perkins Coie LLP,
      131 South Dearborn Street, Suite 1700,
         Chicago, IL 60603-5559.

      Re:   *j2 Global Communications, Inc., et al. v. Captaris, Inc., et al.; j2 Global Communications, Inc. v. EasyLink Services Int'l Corp.; Advanced Messaging Technologies, Inc. v. EasyLink Services Int'l Corp.*

Dear Tim:

      I write regarding the motions for sanctions filed by Open Text and EasyLink (together, "Defendants") on October 11, 2012. Defendants assert that j2 improperly destroyed pre-2006 source code, but j2's Rule 30(b)(6) witness made clear that j2's efforts to locate and restore pre-2006 source code were ongoing. (Niedzielski Tr. at 112-13.) Although you never bothered to follow up before bringing these motions, and as we told you yesterday, j2 has now located pre-2006 source code for its Internet fax services, which includes source code from the late 1990's. Although j2 is continuing to search for and restore additional source code, we anticipate making pre-2006 source code available for Defendants' review next week, subject to the terms of the Protective Order.

      In light of the fact that we will be producing the very documents and information on which your motion is based, we ask that you withdraw the motion. Please let me know immediately so that we do not have to spend the money preparing a response.

                          Sincerely,

                          Brian R. England

Exhibit 5 Page 17