**EXHIBIT 6**

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI ~ 6/13/2012

1

```
 1            UNITED STATES DISTRICT COURT
 2           CENTRAL DISTRICT OF CALIFORNIA
 3
 4   J2 GLOBAL COMMUNICATIONS, INC.,)
                                    )
 5            Plaintiff,           )  Case No.
                                    )  09-4189 DDP(AJWx)
 6        vs.                       )
                                    )
 7   EASYLINK SERVICES INTERNATIONAL)
     CORPORATION,                   )
 8                                  )
               Defendant.           )
 9   _____)
     J2 GLOBAL COMMUNICATIONS, INC. )
10   and ADVANCED MESSAGING         )  Case No.
     TECHNOLOGIES, INC.,            )  C 09-4150 DDP(AJWx)
11                                  )  RESTRICTED
               Plaintiffs,          )  CONFIDENTIAL
12                                  )
          vs.                       )  Volume I
13                                  )
     CAPTARIS, INC. and OPEN TEXT   )  Pages 1-118
14   CORPORATION,                   )
                                    )
15               Defendants.        )
     _____)
16   AND RELATED CROSS-ACTION.      )
     _____)
17
18      DEPOSITION OF J2 GLOBAL COMMUNICATIONS, INC. RULE
19          30(b)(6) WITNESS VINCENT NIEDZIELSKI
20              WEDNESDAY, JUNE 13, 2012
21                    9:13 A.M.
22
23   REPORTED BY:
24           JARDENE L. PLATT,
25           RPR, CSR No. 3724
```

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI ~ 6/13/2012

31

| | | |
|---|---|---|
| 09:55:17 | 1 | BY MR. CARMODY: |
| 09:55:24 | 2 | Q.  What about your knowledge of how fax systems |
| 09:55:27 | 3 | functioned and were architected prior to your |
| 09:55:30 | 4 | employment with j2?  Do you have any retrospective |
| 09:55:32 | 5 | knowledge in that respect? |
| 09:55:38 | 6 | MR. BERNSTEIN:  Same objections. |
| 09:55:41 | 7 | THE WITNESS:  The only knowledge I have is |
| 09:55:47 | 8 | from what I read in a deposition given by Dr. Anand, |
| | 9 | and I can't pronounce the last name.  I'm sorry. |
| 09:55:53 | 10 | BY MR. CARMODY: |
| 09:55:54 | 11 | Q.  Is it Narasimhan? |
| 09:55:57 | 12 | A.  Yes. |
| 09:56:03 | 13 | Q.  And was -- was -- did you have occasion to |
| 09:56:08 | 14 | read that deposition in connection with this case? |
| 09:56:19 | 15 | A.  Yes. |
| 09:56:21 | 16 | Q.  Aside from reading that deposition, do you |
| 09:56:26 | 17 | have any other knowledge as to how fax systems |
| 09:56:29 | 18 | operated or were architected prior to your employment |
| 09:56:30 | 19 | with j2? |
| 09:56:37 | 20 | MR. BERNSTEIN:  Same objections. |
| | 21 | THE WITNESS:  No. |
| 09:56:49 | 22 | BY MR. CARMODY: |
| 09:56:56 | 23 | Q.  Are you familiar with who j2's primary |
| 09:56:58 | 24 | competitors are? |
| | 25 | MR. BERNSTEIN:  Same objections.  Objection |

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI ~ 6/13/2012

33

| | | |
|---|---|---|
| 09:58:57 | 1 | Q.  Was any -- did you have any familiarity with |
| 09:59:05 | 2 | those products prior to the acquisition? |
| 09:59:07 | 3 | A.  No. |
| 09:59:10 | 4 | Q.  What about the products of Captaris and |
| 09:59:20 | 5 | EasyLink? |
| 09:59:24 | 6 | A.  My only familiarity is through documents I |
| 09:59:27 | 7 | was given to review as part of preparing for this |
| 09:59:31 | 8 | deposition. |
| 09:59:33 | 9 | Q.  So aside from the preparation for this |
| 09:59:39 | 10 | deposition, you don't have any independent familiarity |
| 09:59:43 | 11 | of the products offered by either Captaris or |
| 09:59:47 | 12 | EasyLink. |
| 09:59:51 | 13 | A.  No. |
| 09:59:54 | 14 | Q.  On that note, one quick point of |
| 09:59:59 | 15 | clarification, which is that Captaris was purchased by |
| 10:00:04 | 16 | Open Text Corporation.  They are now the same company. |
| 10:00:09 | 17 | So when I say "Captaris," or if I say "Open Text," I'm |
| 10:00:13 | 18 | referring to both of them simultaneously.  Is -- is |
| 10:00:18 | 19 | that a fair way to approach it? |
| 10:00:20 | 20 | A.  Yes. |
| 10:00:24 | 21 | Q.  And any answer that you have given with |
| 10:00:26 | 22 | respect to, you know, Captaris, does it change your |
| 10:00:32 | 23 | testimony in any way based on that fact? |
| 10:00:39 | 24 | A.  No. |
| | 25 | Q.  Do you -- are you the -- a named inventor on |

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI – 6/13/2012

53

| | | |
|---|---|---|
| 10:51:36 | 1 | Q.  Do you recall testimony in Mr. Narasimhan's |
| 10:51:42 | 2 | deposition on that subject? |
| 10:51:43 | 3 | A.  Yes, I do. |
| 10:51:46 | 4 | Q.  And you reviewed that testimony? |
| 10:51:56 | 5 | A.  Yes. |
| 10:51:59 | 6 | Q.  What products did j2 offer prior to April 1, |
| 10:52:00 | 7 | 1997? |
| 10:52:13 | 8 | A.  The only knowledge I have of that is what I |
| 10:52:22 | 9 | reviewed in Dr. Anand's deposition.  I read the |
| 10:52:26 | 10 | document twice, but I didn't memorize it.  So without |
| 10:52:29 | 11 | having it in front of me, again, it would be hard to |
| 10:52:34 | 12 | answer specifically. |
| 10:52:41 | 13 | Q.  So as you sit here in this deposition, |
| 10:52:45 | 14 | you -- it's your testimony that you can't recall any |
| 10:52:49 | 15 | products that j2 offered prior to April 1, 1997? |
| 10:52:50 | 16 | MR. BERNSTEIN:  Objection to form. |
| 10:52:56 | 17 | Mischaracterizes the witness's testimony. |
| 10:52:58 | 18 | THE WITNESS:  To the best of what I can |
| 10:53:06 | 19 | remember of what Dr. Anand said in his deposition, I |
| 10:53:15 | 20 | believe prior to this date there was a version of JFAX |
| 10:53:23 | 21 | that did inbound faxing only.  But again, without the |
| 10:53:26 | 22 | document in front of me, I'm paraphrasing what I |
| | 23 | remember. |
| 10:53:46 | 24 | BY MR. CARMODY: |
| | 25 | Q.  And is it j2's position that the only |

54

| | | |
|---|---|---|
| 10:53:53 | 1 | knowledge as a company that it has relative to |
| 10:53:58 | 2 | products that it offered prior to April 1, 1997 is |
| 10:54:02 | 3 | that which is contained in Mr. -- that which is |
| 10:54:09 | 4 | discussed in Mr. Narasimhan's deposition transcript? |
| 10:54:15 | 5 | MR. BERNSTEIN:  Objection to form. |
| | 6 | THE WITNESS:  Yes. |
| 10:54:17 | 7 | BY MR. CARMODY: |
| 10:54:22 | 8 | Q.  So j2 has no other documentation or no |
| 10:54:27 | 9 | other access to any individuals that might have |
| 10:54:31 | 10 | knowledge of the products it offered prior to April 1, |
| 10:54:36 | 11 | 1997, other than just that one deposition. |
| 10:54:39 | 12 | MR. BERNSTEIN:  Same objection. |
| | 13 | THE WITNESS:  Not that I know of. |
| 10:54:48 | 14 | BY MR. CARMODY: |
| 10:54:50 | 15 | Q.  And you said there was a version of JFAX |
| 10:55:02 | 16 | that did inbound only?  Is that your recollection as |
| 10:55:08 | 17 | to what j2 offered prior to April 1, 1997? |
| 10:55:14 | 18 | A.  That's my recollection of what Dr. Anand |
| 10:55:15 | 19 | said in his deposition. |
| 10:55:19 | 20 | Q.  Okay.  Understand that in this deposition |
| 10:55:24 | 21 | you are testifying on behalf of the company.  So I'm |
| 10:55:28 | 22 | not necessarily interested in who said what or where |
| 10:55:31 | 23 | you got the information.  You are testifying on behalf |
| 10:55:32 | 24 | of j2. |
| | 25 | Do you understand that? |

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI - 6/13/2012

59

| | | |
|---|---|---|
| 10:59:11 | 1 | topics. |
| 10:59:12 | 2 | MR. CARMODY:  And all -- |
| 10:59:13 | 3 | MR. BERNSTEIN:  And, you know, you may have |
| 10:59:15 | 4 | a problem with the way he's doing it and we can take |
| 10:59:18 | 5 | that offline, but -- but he's answering -- he's here |
| 10:59:20 | 6 | on behalf of j2 and he's testifying on behalf of |
| 10:59:22 | 7 | j2. |
| 10:59:23 | 8 | MR. CARMODY:  Well, then that would be great |
| 10:59:25 | 9 | if he could answer the questions in that way.  Then |
| 10:59:28 | 10 | this will all go a lot faster. |
| 10:59:29 | 11 | MR. BERNSTEIN:  He's answering the questions |
| 10:59:32 | 12 | as he can answer the questions, Counsel, and he's not |
| 10:59:34 | 13 | going to take instruction from opposing counsel on how |
| 10:59:36 | 14 | to answer questions. |
| 10:59:37 | 15 | MR. CARMODY:  That's fine. |
| 10:59:38 | 16 | MR. BERNSTEIN:  But that was basis -- that |
| 10:59:40 | 17 | was the basis of my objection. |
| 10:59:40 | 18 | MR. CARMODY:  He can take instruction from |
| 10:59:44 | 19 | his own counsel that he should answer the questions as |
| 10:59:50 | 20 | they are posed. |
| 10:59:52 | 21 | Q.  Did j2 offer anything other than an |
| 11:00:05 | 22 | inbound fax product prior to April 1, 1997? |
| 11:00:17 | 23 | A.  Not that I'm aware of. |
| 11:00:26 | 24 | Q.  And did you attempt to talk to Jaye Muller |
| | 25 | in connection with ascertaining that information? |

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI – 6/13/2012

60

| 11:00:32 | 1 | A.  No. |
| 11:00:34 | 2 | Q.  Did you attempt to talk to Jack Riley in |
| 11:00:41 | 3 | connection with obtaining that information? |
| 11:00:50 | 4 | A.  No. |
| 11:00:53 | 5 | Q.  And you -- you didn't review the deposition |
| 11:00:57 | 6 | of anybody other than Dr. Narasimhan. |
| 11:01:03 | 7 | A.  No. |
| 11:01:05 | 8 | Q.  So your testimony is that other than the |
| 11:01:08 | 9 | inbound fax product, the company is not aware of any |
| 11:01:18 | 10 | other product that it offered before April 1, 1997. |
| 11:01:24 | 11 | A.  Not that I'm aware of. |
| 11:01:24 | 12 | Q.  Okay. |
| 11:01:27 | 13 | Let's mark a couple of documents for |
|  | 14 | exhibits. |
|  | 15 | (Deposition Exhibit 2 was marked for |
|  | 16 | identification and is attached hereto.) |
| 11:02:57 | 17 | BY MR. CARMODY: |
| 11:02:58 | 18 | Q.  Have you ever seen the document that's been |
| 11:06:08 | 19 | marked as Exhibit 2 before? |
| 11:06:12 | 20 | Can you repeat the question. |
| 11:06:12 | 21 | (The record was read as follows: |
| 11:06:12 | 22 | "Have you ever seen the document |
| 11:06:21 | 23 | that's been marked as Exhibit 2 before?") |
|  | 24 | THE WITNESS:  No. |
|  | 25 | /// |

Merrill Corporation – Atlanta

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI – 6/13/2012

66

| | | |
|---|---|---|
| 11:15:30 | 1 | is -- do you think this document would have been |
| 11:15:33 | 2 | valuable to review in connection with preparation for |
| 11:15:34 | 3 | this deposition? |
| 11:15:38 | 4 | MR. BERNSTEIN:  Objection to form. |
| 11:15:40 | 5 | THE WITNESS:  Not having read it, I can't |
| 11:15:43 | 6 | answer that. |
| | 7 | VIDEOGRAPHER:  Two minutes, Counsel. |
| 11:15:47 | 8 | BY MR. CARMODY: |
| 11:15:50 | 9 | Q.  Taking aside what's actually in the |
| 11:15:59 | 10 | document, the totality of your preparation for j2's |
| 11:16:03 | 11 | products prior to April 1, 1997 was reading one |
| 11:16:07 | 12 | deposition and talking to some employees that -- |
| 11:16:10 | 13 | that -- whose employment with j2 doesn't even go |
| 11:16:13 | 14 | back as far as 1997.  Isn't that right? |
| 11:16:14 | 15 | MR. BERNSTEIN:  Objection to form. |
| 11:16:19 | 16 | Mischaracterizes the witness's testimony. |
| 11:16:21 | 17 | THE WITNESS:  Yes.  As well as reading the |
| | 18 | other documents I previously mentioned. |
| 11:16:24 | 19 | BY MR. CARMODY: |
| 11:16:29 | 20 | Q.  The other documents being the patents. |
| 11:16:35 | 21 | A.  The patents, the infringement contentions, |
| 11:16:37 | 22 | and Exhibit 1. |
| 11:16:40 | 23 | Q.  So the -- is it your testimony that you |
| 11:16:43 | 24 | learned information about what products j2 offered |
| | 25 | prior to April 1, 1997 infringement contentions? |

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI – 6/13/2012

67

11:16:51   1          A.   That wasn't your question.

11:16:55   2          Q.   Well, my question is trying to establish

11:16:59   3   what you reviewed to learn what products j2 offered

11:17:08   4   prior to April 1, 1997.

11:17:11   5          A.   The documents I mentioned and the people

11:17:16   6   that I said I talked to.

11:17:21   7          Q.   Okay.  So then the follow-up to that, one of

11:17:23   8   the documents you mentioned was the infringement

11:17:24   9   contention.  So I'm asking you if it's your

11:17:27   10  understanding that you learned something about the

11:17:31   11  products that j2 offered prior to April 1, 1997 was

11:17:33   12  from those infringement contentions.

11:17:34   13         MR. BERNSTEIN:  Objection.  Asked and

11:17:45   14  answered.  Argumentative.

11:17:47   15         THE WITNESS:  Again, I don't know how to

           16  answer the question.

11:17:50   17  BY MR. CARMODY:

11:17:52   18         Q.   Did you learn anything about products that

11:17:55   19  j2 offered prior to April 1, 1997 from the

11:17:58   20  infringement contentions or not?

11:18:13   21         MR. BERNSTEIN:  Same objections.

11:18:14   22         THE WITNESS:  Yes.

11:18:15   23         VIDEOGRAPHER:  Counsel --

11:18:17   24         MR. CARMODY:  Why don't we take a break.

           25         VIDEOGRAPHER:  Okay.  This marks the end of

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI - 6/13/2012

78

14:32:42  1    individuals that information was collected from in

14:32:43  2    2004?

14:32:46  3        A.  The same.

14:32:50  4        Q.  You are not aware of any individual that

14:32:53  5    information was collected from in 2009 that wouldn't

14:32:58  6    have been collected from in 2010?  I'm sorry, 2004.

14:33:01  7        A.  Not by name.

14:33:05  8        Q.  Okay.  Is it your understanding that the

14:33:07  9    subject matter of documents that were collected from

14:33:14  10   those individuals in 2009 was the same as the subject

14:33:20  11   matter of the documents that were collected in 2004?

14:33:27  12       A.  Yes.

14:33:32  13       Q.  Are you aware of any other efforts to

14:33:38  14   collect -- collect and preserve information relevant

14:33:42  15   to this lawsuit other than what we have talked about

14:33:44  16   just now?

14:33:52  17       A.  No.

14:33:55  18       Q.  What about efforts to collect and/or

14:34:06  19   preserve documents dating back to the early period of

14:34:12  20   j2's operation when it was JFAX?  Are you familiar

14:34:19  21   with any efforts in that regard?

14:34:43  22       A.  No.

14:34:47  23       Q.  Are you familiar with j2's document

14:34:56  24   retention and destruction policies?

          25       A.  Yes.

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI ~ 6/13/2012

84

14:45:15  1    we've kept copies of source code in a product called

14:45:19  2    Subversion and it contains all of the source code

14:45:25  3    related to the fax products for the last six years.

14:45:31  4    Prior to that Mr. Coe discovered we used a different

14:45:36  5    product, a product called CVS, which is another very

14:45:41  6    common commercially available product, and it's my

14:45:46  7    understanding that's the product that was implemented

14:45:51  8    that's referred to years before in Dr. Anand's

14:45:53  9    deposition.

14:45:57  10        Q.   Okay.   That's -- that's helpful that you

14:46:01  11   tied it back to Dr. Narasimhan's deposition, because

14:46:05  12   what I -- what I would like to do, if we can, is sort

14:46:10  13   of go over the timeline beginning -- starting in the

14:46:14  14   present in terms of j2's maintenance of its source

14:46:21  15   code.  So the system that j2 currently uses, I think

14:46:24  16   you said it was in place -- it's been in place for

14:46:26  17   about six years?

14:46:27  18        A.   Yes.

14:46:31  19        Q.   And would that -- does that system preserve

14:46:36  20   and maintain source code that's legacy code prior to

14:46:44  21   the period in which that system was implemented six

14:46:46  22   years ago or does the code that is maintained in that

14:46:51  23   system begin on the date that it was implemented?

14:46:53  24        A.   It begins six years ago on the day it was

          25   implemented.

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI – 6/13/2012

85

14:46:59   1      Q.  So in other words, that -- that source code

14:47:02   2   system is going to be maintaining code from roughly

14:47:10   3   the period of 2008 through the present.

14:47:14   4      A.  2006.

14:47:15   5      Q.  Okay.  So --

14:47:17   6      A.  Six years.

14:47:22   7      Q.  Or 2006.  I apologize.  That's why I became

14:47:25   8   a lawyer and not a mathematician.

14:47:30   9          So, you know, that -- there's code from 2006

14:47:35   10  forward and that source control system.  This -- I

14:47:38   11  think you referred to it, a CDS system that was in

14:47:40   12  place prior to 2006?

14:47:42   13     A.  CVS.

14:47:50   14     Q.  CVS.  Okay.  And what, if anything, happened

14:47:54   15  to the code that was being maintained in the CVS

14:47:59   16  system when the system that was implemented in 2006

14:48:06   17  was put in place?

14:48:09   18     A.  To the best of what Mr. Coe was able to find

14:48:12   19  out for me, it was not carried forward and it was not

14:48:16   20  maintained.

14:48:19   21     Q.  And when you say it was not carried forward,

14:48:22   22  can you be more specific?  Does that mean it was

14:48:26   23  destroyed or does that mean that, you know -- that it

14:48:28   24  wasn't put into the new system?  I don't know what

           25  that refers to.

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI – 6/13/2012

86

| | | |
|---|---|---|
| 14:48:34 | 1 | A.  It was not put into the new system.  They |
| 14:48:38 | 2 | began that year with the release of fax that came out |
| 14:48:43 | 3 | in 2006 and made that the initial version loaded into |
| 14:48:49 | 4 | the library and then kept everything from that day |
| 14:48:55 | 5 | until today.  According to what Mr. Coe was able to |
| 14:49:02 | 6 | discover, CVS was -- was uninstalled from the system |
| 14:49:05 | 7 | because we no longer were paying maintenance to it and |
| 14:49:08 | 8 | we had gotten a new product.  We were entitled to use |
| 14:49:16 | 9 | it and that's all he was able to discover. |
| 14:49:23 | 10 | Q.  Okay.  So j2 at that point discontinued |
| 14:49:26 | 11 | use of the CVS system. |
| 14:49:27 | 12 | A.  Yes. |
| 14:49:31 | 13 | Q.  And taking aside that discontinuation of the |
| 14:49:35 | 14 | use of the CVS system, what, if anything, did j2 do |
| 14:49:43 | 15 | to preserve the code that was housed or maintained |
| 14:49:44 | 16 | within that system? |
| 14:49:48 | 17 | A.  I asked Mr. Coe to look into that and he |
| 14:49:52 | 18 | discovered by talking to people in network operations |
| 14:49:57 | 19 | that are here now, because he wasn't able to find |
| 14:50:02 | 20 | anyone that was here at j2 back then, that there had |
| 14:50:12 | 21 | been periodic backups of the CVS system, I believe on |
| 14:50:19 | 22 | to tape, and they were kept in cabinets. |
| 14:50:24 | 23 | He had the operations people look, but they |
| 14:50:30 | 24 | were never able to find any of the CVS backups, and I |
| | 25 | actually had him go back and make them look a second |

87

14:50:40  1   time and be very thorough and still they were not able

14:50:46  2   to locate any of the backup tapes.

14:50:54  3       Q.  I note that you had mentioned that the

14:50:59  4   persons with whom Mr. Coe spoke with did not go back

14:51:03  5   to when this transition occurred in 2006.  Is that

14:51:05  6   right?

14:51:07  7       A.  There were employees that joined j2 much

14:51:08  8   later.

14:51:15  9       Q.  Okay.  Is there anybody that works for j2

14:51:19  10  right now who may have familiarity or knowledge with

14:51:23  11  how j2 maintains its source code that -- that was

14:51:50  12  employed prior to 2006?

14:51:51  13      A.  Not that I talked to.

14:51:58  14      Q.  But there are -- there are people in the

14:52:11  15  company who exist that you didn't speak with?

14:52:14  16      A.  No.  I meant there were engineers who are

14:52:18  17  with the company today who were with the company prior

14:52:27  18  to 2006 who would have made use of the CVS system but

14:52:29  19  we didn't talk to them because they didn't manage,

14:52:33  20  maintain, back up or control it and they no knowledge

14:52:35  21  of how that was done.

14:52:40  22      Q.  Okay.  What about Ms. Fong who you testified

14:52:44  23  about earlier?  I note that you said that she's --

14:52:48  24  began her employment with j2 in 1999.  Would she

          25  know anything about source code and how it was

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI – 6/13/2012

88

| | | |
|---|---|---|
| 14:52:59 | 1 | maintained? |
| 14:53:01 | 2 | A.  Not beyond what I have told you because her |
| 14:53:06 | 3 | initial job was working as a QA tester.  She wasn't a |
| 14:53:08 | 4 | developer. |
| 14:53:12 | 5 | Q.  Did you ask her when you spoke with her what |
| 14:53:17 | 6 | knowledge she had, if any, about how j2 kept source |
| 14:53:18 | 7 | code? |
| 14:53:24 | 8 | A.  No. |
| 14:53:35 | 9 | Q.  Do you know how far the source code that was |
| 14:53:46 | 10 | on the CVS system went? |
| 14:53:51 | 11 | A.  From reading Dr. Arnand's [sic] deposition, |
| 14:53:56 | 12 | I believe he stated they started using CVS while he |
| 14:54:03 | 13 | was there and I believe he gave a time frame, but I'm |
| 14:54:06 | 14 | sorry, without the document in front of me I don't |
| 14:54:09 | 15 | remember the exact date. |
| 14:54:15 | 16 | Q.  Okay.  So Mr. Narasimhan -- Dr. Narasimhan |
| 14:54:20 | 17 | testified that that -- I believe he testified that |
| 14:54:24 | 18 | that system was in place prior to his leaving |
| 14:54:27 | 19 | employment with j2 around 2000. |
| 14:54:36 | 20 | Does that match your recollection? |
| 14:54:39 | 21 | A.  I remember him saying it was in place before |
| 14:54:43 | 22 | he left.  Again, I don't remember the exact date that |
| 14:54:45 | 23 | it was put in place. |
| 14:54:49 | 24 | Q.  But it's your understanding that the same |
| | 25 | CVS system that was discontinued in 2006 would have |

89

| | | |
|---|---|---|
| 14:54:57 | 1 | been that source control system that Mr. Narasimhan -- |
| 14:55:03 | 2 | Dr. Narasimhan was referring to in his deposition. |
| 14:55:06 | 3 | A. Yes. Because a part of Mr. Coe's |
| 14:55:11 | 4 | investigation turned out that those are the two |
| 14:55:13 | 5 | systems, only two products we have ever used. |
| 14:55:15 | 6 | Q. You basically almost answered my next |
| 14:55:20 | 7 | question which is, there's no other source control |
| 14:55:22 | 8 | system that j2 has used aside from CVS and the one |
| 14:55:25 | 9 | that was implemented in 2006. |
| 14:55:31 | 10 | A. No. |
| 14:55:37 | 11 | Q. Were you involved in efforts to identify and |
| 14:55:42 | 12 | collect source code from -- early source code from |
| 14:55:45 | 13 | locations other than the source control system? |
| 14:55:47 | 14 | A. Yes. |
| 14:55:50 | 15 | Q. And what was the nature of your involvement |
| 14:55:52 | 16 | in that effort? |
| 14:55:54 | 17 | A. Our attorneys contacted me. |
| 14:55:57 | 18 | Q. Before you go any further, don't tell me any |
| 14:55:59 | 19 | advice that your attorneys gave. You can just tell me |
| 14:56:06 | 20 | what you did. |
| 14:56:08 | 21 | MR. BERNSTEIN: That was going to be my next |
| 14:56:10 | 22 | statement. Go ahead. You can go. |
| 14:56:12 | 23 | THE WITNESS: I was asked to do a search for |
| 14:56:19 | 24 | early source code. "Early" being around the time |
| | 25 | Dr. Anand was with j2. That led to a lot of the |

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI ~ 6/13/2012

90

| | | |
|---|---|---|
| 14:56:31 | 1 | investigation I mentioned earlier.  As I tried to |
| 14:56:34 | 2 | track back in time how source code had been |
| 14:56:39 | 3 | controlled, I was not able to find any source code |
| 14:56:49 | 4 | prior to what's contained in Subversion since 2006. |
| 14:56:55 | 5 | We did find some eFax backup tapes.  They |
| 14:57:01 | 6 | were the only things we found.  We don't know whether |
| 14:57:03 | 7 | there's source code on them or not, and to the best of |
| 14:57:10 | 8 | my knowledge, we -- j2 is having outside consultants |
| | 9 | try to see if the tapes are readable or usable. |
| 14:57:20 | 10 | BY MR. CARMODY: |
| 14:57:25 | 11 | Q.  Okay.  Where were those eFax backup tapes |
| 14:57:32 | 12 | located? |
| 14:57:36 | 13 | A.  I don't know. |
| 14:57:38 | 14 | Q.  Do you know how it came to be that they were |
| 14:57:42 | 15 | found? |
| 14:57:44 | 16 | A.  What I was told is as part of a search, we |
| 14:57:50 | 17 | looked on premises and offsite at our disaster |
| 14:57:53 | 18 | recovery site, at our disaster recovery vendor where |
| 14:57:59 | 19 | we keep copies of backups.  No one told me which of |
| 14:58:10 | 20 | the two they were found in, but they were found. |
| 14:58:14 | 21 | Q.  Did that search also include a search for |
| 14:58:26 | 22 | j2 backups going back into the same time period? |
| 14:58:29 | 23 | A.  I don't know. |
| 14:58:31 | 24 | Q.  So you don't know whether j -- whether |
| | 25 | the -- there might be backup tapes that are -- that |

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI - 6/13/2012

91

14:58:45   1    relate to -- that back up j2 systems?

14:58:47   2        A.   I don't know.   I was only looking for source

14:58:49   3    code backup tapes.

14:58:54   4        Q.   I see.   So the -- the backup tapes that you

14:58:56   5    were referring to just a moment ago, those are

14:58:59   6    specifically source code backup tapes?

14:59:02   7        A.   We think they could be.   We are not sure.

14:59:04   8    That's why we want to read them.

14:59:08   9        Q.   Okay.   Do you know why there's a belief that

14:59:15   10   those backup tapes, you know, in particular contains

14:59:20   11   source code?

14:59:22   12       A.   We don't know they contain source code.   We

14:59:27   13   just know they were from the same time period.

14:59:32   14       Q.   Okay.   Are those the only backup tapes that

14:59:35   15   j2 is aware of from that time period that it has in

14:59:39   16   its possession?

14:59:41   17       A.   Yes.

14:59:48   18       Q.   Do you know what happened to the -- the

14:59:50   19   other backup tapes that may have existed from that

14:59:54   20   time period?

15:00:09   21       A.   No.

15:00:11   22       Q.   When you say, "eFax backup tapes," are you

15:00:16   23   referring to a time period when eFax was a company

15:00:20   24   that was separate from j2?

           25       A.   No.

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI - 6/13/2012

108

| | | |
|---|---|---|
| 15:35:14 | 1 | A.  Probably the vice president of network |
| 15:35:15 | 2 | operations. |
| 15:35:18 | 3 | Q.  Who is that? |
| 15:35:25 | 4 | A.  Alan Alters.  Last name is A-L-T-E-R-S. |
| 15:35:27 | 5 | Q.  Did you speak with Mr. Alters in preparation |
| 15:35:35 | 6 | for the deposition today? |
| 15:35:40 | 7 | A.  No. |
| 15:35:45 | 8 | Q.  And I did want to ask you about network |
| 15:35:49 | 9 | operations.  I think, correct me if any of this is |
| 15:35:52 | 10 | wrong, but I believe when you were asked a few minutes |
| 15:35:54 | 11 | ago, you mentioned that Mr. -- it's your understanding |
| 15:36:00 | 12 | that Mr. Coe spoke with persons in network operations |
| 15:36:08 | 13 | to -- to inquire about whether the source code in the |
| 15:36:13 | 14 | CVS system was backed up on to tape.  Is that correct? |
| 15:36:16 | 15 | A.  No.  He spoke to people in network |
| 15:36:20 | 16 | operations who work for Mr. Alters to find out what |
| 15:36:26 | 17 | was used before the current Subversion system.  He |
| 15:36:30 | 18 | learned they used CVS and learned, you know, that it |
| 15:36:33 | 19 | had been periodically backed up and that those backups |
| 15:36:40 | 20 | could not be found.  And he also learned, as I stated |
| 15:36:43 | 21 | earlier, that there was no other system ever used |
| 15:36:45 | 22 | other than those two. |
| 15:36:52 | 23 | Q.  Okay.  Did anyone ask -- did you or |
| 15:36:55 | 24 | Mr. Coe -- strike that. |
| | 25 | In preparation for your deposition today, |

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI – 6/13/2012

109

| | | |
|---|---|---|
| 15:37:05 | 1 | was anyone in network operations consulted about |
| 15:37:09 | 2 | whether the CVS system was backed up on to tape? |
| 15:37:10 | 3 | A. Yes. |
| 15:37:13 | 4 | Q. And the answer was that it -- the belief is |
| 15:37:17 | 5 | that it was but no one can locate the tapes. |
| 15:37:20 | 6 | A. Yes. |
| 15:37:23 | 7 | Q. The persons that Mr. Coe spoke with in |
| 15:37:36 | 8 | network operations, were they with j2 in 2006? |
| 15:37:37 | 9 | A. Some were. |
| 15:37:43 | 10 | Q. Okay. But you don't know whether Mr. Alters |
| 15:37:46 | 11 | is one of those persons. |
| 15:37:52 | 12 | A. I believe Mr. Alters joined j2 one year |
| 15:37:55 | 13 | before I did. |
| 15:38:16 | 14 | Q. So 2007. And I just want to -- this is a |
| 15:38:19 | 15 | very similar question, but I just -- I want to make |
| 15:38:21 | 16 | sure we are clear on it. |
| 15:38:24 | 17 | You were asked -- I think you were asked |
| 15:38:27 | 18 | earlier whether there was anyone who is familiar with |
| 15:38:33 | 19 | source code maintenance who was employed in 2006 who |
| 15:38:37 | 20 | is still there today and I believe your answer was not |
| 15:38:41 | 21 | that you spoke with. |
| 15:38:42 | 22 | A. That's correct. |
| 15:38:48 | 23 | Q. But as I understand it now -- well, scratch. |
| 15:38:49 | 24 | Let me ask this question. |
| | 25 | The persons in network operations, would |

RESTRICTED CONFIDENTIAL
VINCENT NIEDZIELSKI ~ 6/13/2012

115

15:49:03    1          MR. LUNDIN:  So, Mr. Niedzielski, I don't
15:49:07    2     have any more questions on those topics for you.
15:49:08    3          I believe that counsel have reached an
15:49:13    4     agreement that we are going to suspend the deposition
15:49:17    5     subject to -- we are going to suspend the deposition
15:49:22    6     and be able to continue our 30(b)(6) deposition and
15:49:24    7     prior to that time we may have a meet and confer to
15:49:29    8     discuss the -- the topics but there -- but as it
15:49:32    9     stands right now, the entirety of the notice is still
15:49:35    10    open for further discussion.
15:49:36    11         MR. BERNSTEIN:  I think that's right.  We
15:49:38    12    will have a further meet and confer, Counsel.
15:49:41    13    Certain -- certain topics I think we agree on, certain
15:49:43    14    we will have to talk about some more.  But the topics
15:49:46    15    for which Mr. Niedzielski was presented today will
15:49:47    16    remain open.
15:49:49    17         MR. LUNDIN:  Okay.  Did you have anything to
15:49:50    18    add?
15:49:50    19         MR. CARMODY:  No.  I think that reflects the
15:49:52    20    parties' agreement.
15:49:53    21         VIDEOGRAPHER:  Okay.  Well, this concludes
15:49:57    22    the deposition of Vincent Niedzielski, Volume No. I.
15:50:00    23    The number of tapes used was two.  The original
15:50:03    24    videotapes will be retained by Merrill Legal Solutions
            25    at 20750 Ventura Boulevard, Suite 205, Woodland Hills,

Merrill Corporation ~ Atlanta

**Exhibit 6 Page 38**