**EXHIBIT 8**

| | |
|---|---|
| **From:** | Bernstein, Frank [FBernstein@kenyon.com] |
| **Sent:** | Wednesday, June 27, 2012 4:12 PM |
| **To:** | Palmer, David (Perkins Coie) |
| **Subject:** | RE: j2 Global Communications, Inc. et al. v. Captaris, Inc. et al., Case No.: CV 09-4150 DDP (AJWx) (C.D. Cal.) |

Yes. One Broadway. I'll let our office know that Mr. Striner will be coming, so that security in the building lobby will know to expect him. Please let me know what time we should expect Mr. Striner.

---

**From:** Palmer, David (Perkins Coie) [mailto:DPalmer@perkinscoie.com]
**Sent:** Wednesday, June 27, 2012 2:05 PM
**To:** Bernstein, Frank
**Subject:** RE: j2 Global Communications, Inc. et al. v. Captaris, Inc. et al., Case No.: CV 09-4150 DDP (AJWx) (C.D. Cal.)

Kenyon's NY office?

---

**From:** Bernstein, Frank [mailto:FBernstein@kenyon.com]
**Sent:** Wednesday, June 27, 2012 2:02 PM
**To:** Palmer, David (Perkins Coie)
**Subject:** RE: j2 Global Communications, Inc. et al. v. Captaris, Inc. et al., Case No.: CV 09-4150 DDP (AJWx) (C.D. Cal.)

Dave, I'm pretty sure Monday in our NY office is going to be fine. I'm trying to find out if the office is closing early on Tuesday for the July 4 holiday. As soon as I find that out, I'll let you know.

Regards, Frank

**Frank L. Bernstein**
**Kenyon & Kenyon LLP**
1801 Page Mill Road, Suite 210 | Palo Alto, CA 94304-1216
650.384.4688 Phone | 650.384.4701 Fax
fbernstein@kenyon.com | www.kenyon.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Palmer, David (Perkins Coie) [mailto:DPalmer@perkinscoie.com]
**Sent:** Wednesday, June 27, 2012 1:50 PM
**To:** Bernstein, Frank
**Subject:** FW: j2 Global Communications, Inc. et al. v. Captaris, Inc. et al., Case No.: CV 09-4150 DDP (AJWx) (C.D. Cal.)

Hi Frank,

Can you let me know if this request can be accommodated?

Thanks,
Dave

---

**From:** Palmer, David (Perkins Coie)
**Sent:** Monday, June 25, 2012 2:53 PM
**To:** Palmer, David (Perkins Coie); 'fbernstein@kenyon.com'

**Cc:** Carroll, Timothy J. (Perkins Coie); Carmody, Matthew F. (Perkins Coie)
**Subject:** RE: j2 Global Communications, Inc. et al. v. Captaris, Inc. et al., Case No.: CV 09-4150 DDP (AJWx) (C.D. Cal.)

Hi Frank,

Following up further on our recent conversation, we request that the source code that we discussed be made available for Mr. Striner's (CV sent previously) review in New York on Monday and Tuesday, July 2 and 3. Please confirm that this date is acceptable and the particular location for the review.

Thanks,
Dave

---

**From:** Palmer, David (Perkins Coie)
**Sent:** Tuesday, June 12, 2012 2:40 PM
**To:** 'fbernstein@kenyon.com'
**Cc:** Carroll, Timothy J. (Perkins Coie); Carmody, Matthew F. (Perkins Coie)
**Subject:** j2 Global Communications, Inc. et al. v. Captaris, Inc. et al., Case No.: CV 09-4150 DDP (AJWx) (C.D. Cal.)

Dear Mr. Bernstein,

Open Text hereby gives notice of its intent to disclose information produced in the above-captioned litigation and marked "Confidential" or "Restricted Confidential" under the protective order, including source code, to the following independent consultants.

Jeff Parmet
Benjamin Striner
Nick Ferrara
Josh Siegel

The consultants' CVs are attached to this email. None of them have any previous relationship to any party to the case.

Please let us know whether you have any objection, and if so, a detailed explanation for it, as soon as possible and in any event within ten business days as required by the amended protective order.

Best regards,

Dave

**David J. Palmer | Perkins Coie LLP**
2901 North Central Avenue
Phoenix, Arizona 85012
T (602) 351-8488
F (602) 648-7036
dpalmer@perkinscoie.com

---

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department and IRS regulations, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including any attachments) is not intended or written by Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or any attachments).

* * * * * * * * * *

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

2

Exhibit 8 Page 56