**EXHIBIT 9**

| | |
|---|---|
| **From:** | Bernstein, Frank [FBernstein@kenyon.com] |
| **Sent:** | Thursday, June 28, 2012 2:32 PM |
| **To:** | Palmer, David (Perkins Coie) |
| **Subject:** | RE: j2 v. Captaris - source code inspection |

Ron Eugenio is the person to ask for. He's the paralegal I mentioned.

Thanks.

---

**From:** Palmer, David (Perkins Coie) [mailto:DPalmer@perkinscoie.com]
**Sent:** Thursday, June 28, 2012 2:30 PM
**To:** Bernstein, Frank
**Subject:** RE: j2 v. Captaris - source code inspection

Thanks Frank. Who is the paralegal -- is that who we should ask for when we arrive?

We'll try to give him some amount of heads-up on how long we would like to stay on Tuesday.

---

**From:** Bernstein, Frank [mailto:FBernstein@kenyon.com]
**Sent:** Thursday, June 28, 2012 2:29 PM
**To:** Palmer, David (Perkins Coie)
**Subject:** RE: j2 v. Captaris - source code inspection

David, our office hours in NY are 9:30 to 5:30. Our paralegal normally gets in at 10, but he can be in at 9:30, and I've asked him to do that. Also, if necessary, he can stay after 3:30 pm on Tuesday, even though the office will be closed, and can stay until 5:30.

---

**From:** Palmer, David (Perkins Coie) [mailto:DPalmer@perkinscoie.com]
**Sent:** Thursday, June 28, 2012 11:39 AM
**To:** Bernstein, Frank
**Subject:** RE: j2 v. Captaris - source code inspection

OK, thanks, let me know on the start time.

---

**From:** Bernstein, Frank [mailto:FBernstein@kenyon.com]
**Sent:** Thursday, June 28, 2012 11:37 AM
**To:** Palmer, David (Perkins Coie)
**Subject:** RE: j2 v. Captaris - source code inspection

I have to check our paralegal's hours, and also need to check to see whether 8 am is within normal business hours in our NY office, David. When our expert inspected Captaris code, the start time was pegged to the hours of the paralegal who was to be present for the review.

Also, I am informed that our NY office will be closing at 3:30 on Tuesday, July 3.

I'll pass the information about the software on to our paralegal.

Regards, Frank
**Frank L. Bernstein**
Kenyon & Kenyon LLP
1801 Page Mill Road, Suite 210 | Palo Alto, CA 94304-1216
650.384.4688 Phone | 650.384.4701 Fax

1

Exhibit 9 Page 57

fbernstein@kenyon.com | www.kenyon.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Palmer, David (Perkins Coie) [mailto:DPalmer@perkinscoie.com]
**Sent:** Thursday, June 28, 2012 11:24 AM
**To:** Bernstein, Frank
**Subject:** RE: j2 v. Captaris - source code inspection

Thanks Frank.

I will be present for the inspection as well as Mr. Striner. We would like to start at 8 a.m. in order to perhaps be able to get done early on Tuesday.

Attached is Mr. Striner's P.O. acknowledgement.

Here is the software Mr. Striner would like to have available. He can provide FTP links to copies of it, if necessary.

Dtsearch is software for indexing and searching text. There is a free trial that is sufficient for a 2 day review.
http://www.dtsearch.com/download.html
http://download.dtsearch.com/ftp_pub/dtSearchEval768.exe

Notepad++ is a code editor for viewing source code files. This software is free.
http://notepad-plus-plus.org/download/v6.1.4.html
http://download.tuxfamily.org/notepadplus/6.1.4/npp.6.1.4.Installer.exe

Cygwin is a set of miscellaneous Linux utilities ported to Windows. This software is free.
http://www.cygwin.com/
http://cygwin.com/setup.exe

CLOC is a utility for creating line counts. This software is free.
http://cloc.sourceforge.net/
http://downloads.sourceforge.net/project/cloc/cloc/v1.56/cloc-1.56.exe?r=http%3A%2F%2Fsourceforge.net%2Fprojects%2Fcloc%2Ffiles%2F&ts=1340899613&use_mirror=voxel

---

**From:** Bernstein, Frank [mailto:FBernstein@kenyon.com]
**Sent:** Thursday, June 28, 2012 11:09 AM
**To:** Palmer, David (Perkins Coie)
**Subject:** j2 v. Captaris - source code inspection

David, I have your voicemail about Mr. Striner's desire to have certain software installed on the computer that will contain the source code. I am out of the office today, but I can tell you that we are fine with that arrangement. Depending on what the software is, it may be possible simply to provide a link to the location of the software on the Internet (e.g. if it's free software), and we can retrieve it and install it. Alternatively, perhaps simply telling us the names of the programs would enable us to retrieve and install them. If a license is required, we'd need assurance that there is a valid license for the software, and that the license permits installation on more than one machine. Alternatively, Mr. Striner can bring a copy of the software with him on a CD-ROM, DVD, or thumb drive, and we can get it installed promptly.

2

Exhibit 9 Page 58

Also, I do not believe we have received Mr. Striner's signed acknowledgement under the Protective Order. Please provide that acknowledgement before Mr. Striner begins his inspection.

Also, as previously requested, please advise at what time we should expect Mr. Striner.

Regards, Frank

**Frank L. Bernstein**
**Kenyon & Kenyon LLP**
1801 Page Mill Road, Suite 210 | Palo Alto, CA 94304-1216
650.384.4688 Phone | 650.384.4701 Fax
fbernstein@kenyon.com | www.kenyon.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department and IRS regulations, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including any attachments) is not intended or written by Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or any attachments).

* * * * * * * * *

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.