# EXHIBIT 10

| | |
|---|---|
| **From:** | Palmer, David (Perkins Coie) |
| **Sent:** | Wednesday, July 25, 2012 6:35 PM |
| **To:** | 'Bernstein, Frank' |
| **Cc:** | Carroll, Timothy J. (Perkins Coie); Lundin, Tom; Brian England; Edward E. Johnson |
| **Subject:** | RE: j2 v Open Text |

Frank,

Thanks for your reply. I look forward to your more detailed response. In light of your proposal for Dr. Narasimhan to sit as j2's 30(b)(6) witness on September 13, we would like to tie up these issues and make sure that we have j2's remaining documents produced at the latest by one week before the deposition. To this end, please confirm that j2 will certify that its production is complete by September 6, 2012.

Regards,
Dave

---

**From:** Bernstein, Frank [mailto:FBernstein@kenyon.com]
**Sent:** Monday, July 23, 2012 1:28 PM
**To:** Palmer, David (Perkins Coie)
**Cc:** Carroll, Timothy J. (Perkins Coie); Lundin, Tom; Brian England; Edward E. Johnson
**Subject:** RE: j2 v Open Text

David, my apologies for the delay in responding. I have been fighting deadlines in several other matters. I will get you answers later this week.

Regards, Frank

**Frank L. Bernstein**
**Kenyon & Kenyon LLP**
1801 Page Mill Road, Suite 210 | Palo Alto, CA 94304-1216
650.384.4688 Phone | 650.384.4701 Fax
fbernstein@kenyon.com | www.kenyon.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Palmer, David (Perkins Coie) [mailto:DPalmer@perkinscoie.com]
**Sent:** Monday, July 23, 2012 11:07 AM
**To:** Bernstein, Frank
**Cc:** Carroll, Timothy J. (Perkins Coie); Lundin, Tom
**Subject:** j2 v Open Text

Dear Frank,

On July 12, 2012 I sent you a letter requesting production in the ordinary course of the non-source code documents located on the CD that JFAX made available to us in your firm's New York office only under the restrictive review protective order provisions reserved for "source code," and and raising some questions regarding a few of these documents and the collection process that yielded the CD.

Please provide a response to those questions, and confirm that these documents will be produced to us, and provide a time-frame within which we can expect them to be produced.

1

Exhibit 10 Page 60

In addition, in a phone call last week, you mentioned that you were making efforts to recover certain information from backup tapes that had been found. Please let us know when we can expect that information. Finally, I understand that you had agreed to follow up with attorneys who represented JFAX to determine whether any of the source code JFAX deposited in connection with its U.S. copyright registration remains in counsel's possession. Please update us on this inquiry as well.

Regards,
Dave

**David J. Palmer | Perkins Coie LLP**
2901 North Central Avenue
Phoenix, Arizona 85012
T (602) 351-8488
F (602) 648-7036
dpalmer@perkinscoie.com

---

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department and IRS regulations, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including any attachments) is not intended or written by Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or any attachments).

* * * * * * * * *

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.