1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  Edward E. Johnson (SBN 241065)
   johnsonee@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
5  Los Angeles, California 90067-1725
   Tel.:  (310) 712-6600
6  Fax:  (310) 712-8800

7  *Attorneys for Plaintiffs Advanced Messaging
   Technologies, Inc. and j2 Global, Inc.*
8
   Grant E. Kinsel (SBN 172407)
9  gkinsel@perkinscoie.com
   PERKINS COIE LLP
10 1888 Century Park East, Suite 1700
   Los Angeles, California 90067-1725
11 Tel:  (310) 788-9900
   Fax:  (310) 788-3399
12
   Timothy J. Carroll (*Pro Hac Vice*)
13 tcarroll@perkinscoie.com
   PERKINS COIE LLP
14 131 South Dearborn Street, Suite 1700
   Chicago, Illinois 60603-5559
15 Tel:  (312) 324-8400
   Fax:  (312) 324-9400
16
   *Attorneys for Defendant EasyLink Services
17 International Corporation*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MESSAGING TECHNOLOGIES, INC. and J2 GLOBAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EASYLINK SERVICES INTERNATIONAL CORPORATION, <br><br> Defendant. | Case No. CV 11-04239 DDP (AJWx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

# ORDER

GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

This action, including the Complaint and Counterclaims and all causes of action therein, is hereby dismissed with prejudice pursuant to stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 02, 2013

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

- 1 -